


**FOLIO**
A28 3415696

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, Y COMO OFICIAL 2o. DEL REGISTRO CIVIL CERTIFICO QUE EN LA OFICIALIA 2da. DEL REGISTRO CIVIL EN MATAMOROS OBRA ASENTADA UNA ACTA DE MATRIMONIO QUE CONTIENE LOS SIGUIENTES DATOS:

# ACTA DE MATRIMONIO

| | | | |
|---|---|---|---|
| OFICIALIA No. 2 | LIBRO No. 5 | ACTA No. 980 | FOJA No. 980 |
| FECHA DE REGISTRO: 04/12/1991 | | LUGAR: MATAMOROS, TAMAULIPAS | |

**CONTRAYENTES**

CONTRAYENTE: JORGE GUERRA VAZQUEZ
LUGAR DE NACIMIENTO: HEROICA MATAMOROS, MATAMOROS, TAMAULIPAS, MEXICO
SEXO: = = = = =     CURP: = = = = =     NACIONALIDAD: MEXICANA     EDAD: 19 AÑOS

CONTRAYENTE: MARIA GUADALUPE QUEZADA ARGUIJO
LUGAR DE NACIMIENTO: HEROICA MATAMOROS, MATAMOROS, TAMAULIPAS, MEXICO
SEXO: = = = = =     CURP: = = = = =     NACIONALIDAD: MEXICANA     EDAD: 17 AÑOS

**PADRES DE CONTRAYENTE**

PADRE: ANTONIO GUERRA RODRIGUEZ     NACIONALIDAD: MEXICANA
MADRE: PAULA VAZQUEZ BELMARES     NACIONALIDAD: MEXICANA

**PADRES DE CONTRAYENTE**

PADRE: GUADALUPE QUEZADA BECERRA     NACIONALIDAD: MEXICANA
MADRE: ESTHER ARGUIJO SANCHEZ     NACIONALIDAD: MEXICANA

**TESTIGOS**

TESTIGO: QUIRINA GONZALEZ DE GONZALEZ     NACIONALIDAD: MEXICANA     EDAD: 29 AÑOS
TESTIGO: MANUEL GONZALEZ AVILA     NACIONALIDAD: MEXICANA     EDAD: 29 AÑOS
TESTIGO: ELVIA GUERRA VAZQUEZ     NACIONALIDAD: MEXICANA     EDAD: 27 AÑOS
TESTIGO: FRANCISCO GARCIA     NACIONALIDAD: MEXICANA     EDAD: 31 AÑOS

ESTE CONTRATO DE MATRIMONIO ESTA SUJETO AL REGIMEN DE: SOCIEDAD CONYUGAL

LA PRESENTE ACTA TIENE LAS SIGUIENTES ANOTACIONES:
PRESENTE EN ESTE ACTO LOS PADRES DE LA CONTRAYENTE

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN MATAMOROS A LOS 24 DIAS DEL MES DE NOVIEMBRE DEL 2021. DOY FE.

SELLO DEL REGISTRO CIVIL



Gobierno del Estado de Tamaulipas
Secretaría General de Gobierno
OFICIALIA 2o DE MATAMOROS

C. TERESA DE JESUS BAZAN SANCHEZ
OFICIAL 2o. DEL REGISTRO CIVIL

32802200021991009800

COSTO $90.00

24/11-82 L - NML 1 - NML

Plaintiff's Exhibit "B"