

Plaintiff's Exhibit "D"