STATE OF TEXAS       §
              §
COUNTY OF DALLAS     §

### <u>AFFIDAVIT OF ANTONIO GUERRA RODRIGUEZ</u>

  BEFORE ME, the undersigned authority, on this day personally appeared ANTONIO GUERRA RODRIGUEZ who, after being duly sworn by me, stated the following under oath:

  "My name is Antonio Guerra Rodríguez. My home address is, 3100 Shenandoah Drive, Arlington, Texas 76014, and my telephone number is (817) 501-2085. I have personal knowledge of the facts contained herein, and I am competent to make this statement. I am providing this statement in support of my son's, Jorge Guerra Vazquez, claim to U.S. citizenship."

  "I was born on June 13, 1944 in Las Liebres, Romita, Guanajuato, Mexico to Benigno Guerra Ortiz and Cruz Rodriguez Vargas. I am the first-born of nine children. Although my parents always told others that they were married, I have never seen their marriage certificate. I have also never seen any photographs showing that my parents married through the church."

  "I honestly do not know if my parents were married at the time of my birth. In those times and even know, it is very common in Mexico for people to be considered married when they begin living together. Although my wife, Paula Vazquez, and I did not marry under civil law until July 11, 1964, we had been living together since at least 1961. Our first son, Manuel Salvador Guerra Vazquez, was born on June 21, 1962."

  "My mother always maintained that she was born and raised in the United States. However, my mother struggled for most of her life to get the United States government to acknowledge her citizenship. My mother told me of the many struggles she faced, including the family separation she suffered, as a result of this. I know that my mother considered the United States as her home

**Affidavit of Antonio Guerra Rodriguez**                    **1**

Plaintiff's Exhibit "E"

and wanted to live here before my birth and even after I was born but could not do so because the government told her that she was not a U.S. citizen."

"My mother had three brothers who were also born in the United States. She was very close with her older brother, Gabriel Rodriguez Vargas, but they lost touch once he began living in California and she was forced to stay behind in Mexico at that time. They reunited years later after my mother put out a radio announcement looking for him in the United States after I was born. My attorney recently showed me documents proving that my mother had tried to enter the United States as a citizen sometime in 1940 but could not do so because she had abandoned her residency. I do not know what it means but it makes sense that this occurred because my mother always talked about her struggles to be recognized as a U.S. citizen when her brothers were."

"Also, my mother and father moved our family from the state of Guanajuato to the state of Tamaulipas, at the advice of a relative, for the sole purpose of presenting herself at the U.S./Mexico border. In the early 1950's, my family moved from Guanajuato to the state of Michoacan with family members who lived there due to severe droughts in Guanajuato during that time. I remember my mother showing those relatives documents showing that she was a citizen of the United States. I do not know what documents my mother showed my relatives that prompted them to urge her to present herself at the border because she was a U.S. citizen. As a result of this advice, we moved to Tamaulipas in 1957. I do not remember what happened regarding my mother and her claim to citizenship. All I know is that we were forced to stay in Tamaulipas and my mother lived there until at least 1974."

"While living in Tamaulipas, my mother would travel back and forth between the United States and Mexico on a weekly basis to shop for groceries. Sometimes she would take me or one of my siblings with her on these shopping trips. At one point in time, my mother was working two

Plaintiff's Exhibit "E'

days out of the week in Brownsville, Texas. I do not remember where or who she worked for. This was the case, despite my father not wanting her to work, because we needed to eat or otherwise go hungry."

"In those days, we simply showed up at the border and asked to enter the United States. The border patrol officer would ask us why we wanted to enter the country, we said for shopping or business dealings, and they simply let us enter. Other times, the border patrol officer would not ask any questions and would simply allow us to enter the United States. Therefore, I frequently traveled back and forth from Mexico to the United States for any little thing. Despite my advanced age, I remember all these details very clearly even if I cannot remember the exact dates."

"Sometime in the early 1970's, after my mother had reunited with her brothers lived in California, my father and I went to live with my uncles in the United States. We lived in California up until my father's death in October 1975. My mother did not stay in Mexico while my father and I were living and working in California, however. She began living with my brothers on a ranch near Brownsville, Texas. She never lived in Mexico again after my father and I left for California."

"I sincerely believe my mother attempted to enter the United States as a citizen before my birth but was not allowed to enter the country because a U.S. government wrongly told my mother that she was not a U.S. citizen for whatever reason. Over the years and after so many attempts, I also believe that my mother gave up trying to prove her citizenship. It was not until after my father died that I finally convinced my mother to try again so my siblings and I could enter the United States."

"If the U.S. government had taken my mother seriously and actually considered her statements and documents regarding her citizenship claim, I truly believe my siblings and I would have been born in the United States. My mother loved this country. Her family loved this country.

**Affidavit of Antonio Guerra Rodriguez**                                                                    **3**

My grandfather, Teodoro Rodriguez, registered to serve in World War I. My uncles also registered and served in World War II. I fondly recall my mother telling us stories of how they did not have a real home in Kansas but lived in boxcars since my grandfather worked for a railroad company. I recently found out that my grandmother, Eleuteria Vargas, was buried in Herington, Kansas."

"Even if I had not been born in the United States, I know that my children would have been born in this country if only the government had recognized that my mother was a U.S. citizen in 1957, when we moved to Tamaulipas for the sole purpose of my mother showing her citizenship papers to a U.S. government official. At the very least, I know that my mother would have filed the appropriate paperwork for her children to lawfully enter the United States much earlier than she did. This means that I would have physically present in this country for the time period required for my son's, Jorge Guerra Vazquez, citizenship claim."

"I swear that the facts contained in the foregoing statement are true and correct to the best of my knowledge and belief."

_____
Antonio Guerra Rodriguez

SWORN AND SUBSCRIBED before me this _____ day of _____, 2021.

_____
Notary Public in and for
The State of Texas

**Affidavit of Antonio Guerra Rodriguez**                                                    **4**

Plaintiff's Exhibit "E'

## CERTIFICATE OF TRANSLATION

I, Alexa Romero Rossoni, am competent to translate from Spanish to English, and certify that the translation of "Affidavit of Antonio Guerra Rodriguez" is true and accurate to the best of my abilities.

_____

**Alexa Romero Rossoni**

**Av. Sta Fe 105**

**Santiago de Querétaro, México**

ESTADO DE TEXAS                §
                               §
CONDADO DE DALLAS              §


## DECLARACIÓN JURADA DE ANTONIO GUERRA RODRÍGUEZ

ANTE MÍ, la autoridad que suscribe, en este día compareció personalmente ANTONIO GUERRA RODRÍGUEZ quien, después de haber sido debidamente juramentado por mí, declaró lo siguiente bajo juramento:

"Me llamo Antonio Guerra Rodríguez. Mi dirección es 3100 Shenandoah Drive, Arlington, Texas 76014, y mi número de teléfono es (817) 501-2085. Tengo conocimiento personal de los hechos contenidos en esteo documento, y soy competente para hacer esta declaración. Estoy proporcionando esta declaración en apoyo del reclamo de mi hijo, Jorge Guerra Vázquez, para la ciudadanía estadounidense."

"Nací el 13 de junio de 1944 en Las Liebres, Romita, Guanajuato, México, siendo hijo de Benigno Guerra Ortiz y Cruz Rodríguez Vargas. Soy el primogénito de nueve hijos. Aunque mis padres siempre les dijeron a los demás que estaban casados, nunca he visto su acta de matrimonio. Tampoco he visto ninguna fotografía que muestre que mis padres se casaron a través de la iglesia."

"Honestamente no sé si mis padres estaban casados al momento de mi nacimiento. En esos tiempos e incluso ahora, es muy común en México que las personas se consideren casadas cuando comienzan a vivir juntos. Aunque mi esposa, Paula Vázquez, y yo no nos casamos por el civil hasta el 11 de julio de 1964, habíamos estado viviendo juntos desde al menos 1961. Nuestro primer hijo, Manuel Salvador Guerra Vázquez, nació el 21 de junio de 1962."

"Mi madre siempre insistió que nació y creció en los Estados Unidos. Sin embargo, mi madre luchó durante la mayor parte de su vida para que el gobierno de los Estados Unidos

**Declaración Jurada de Antonio Guerra Rodríguez**                                        **1**

Plaintiff's Exhibit "E'

reconociera su ciudadanía. Mi madre me contó las muchas luchas que enfrentó, incluyendo la separación familiar que sufrió, como resultado de esto. Sé que mi madre consideraba a los Estados Unidos como su hogar y quería vivir aquí antes de mi nacimiento e incluso después de que yo naciera, pero no podía hacerlo porque el gobierno le dijo que no era ciudadana estadounidense."

"Mi madre tenía tres hermanos que también nacieron en los Estados Unidos. Ella era muy apegada a su hermano mayor, Gabriel Rodríguez Vargas, pero perdieron contacto una vez que él comenzó a vivir en California y ella se vio obligada a quedarse en México en ese momento. Se reunieron años más tarde después de que mi madre publicara un anuncio en la radio buscándolo en los Estados Unidos después de que yo nací. Mi abogado recientemente me mostró documentos que prueban que mi madre había tratado de entrar a los Estados Unidos como ciudadana en algún momento en 1940, pero no pudo hacerlo porque había abandonado su residencia. No sé lo que significa, pero tiene sentido que esto ocurriera porque mi madre siempre hablaba de sus luchas para ser reconocida como ciudadana estadounidense cuando lo eran sus hermanos."

"Además, mi madre y mi padre mudaron a nuestra familia del estado de Guanajuato al estado de Tamaulipas, en base al consejo de un familiar, con el único propósito de presentarse en la frontera entre Estados Unidos y México. A principios de la década de 1950, mi familia se mudó de Guanajuato al estado de Michoacán con familiares que vivían allí debido a las severas sequías en Guanajuato durante ese tiempo. Recuerdo a mi madre mostrando a esos parientes documentos que demostraban que era ciudadana de los Estados Unidos. No sé qué documentos le mostró mi madre a mis familiares que la impulsaron a que se presentara en la frontera porque era ciudadana estadounidense. Como resultado de este consejo, nos mudamos a Tamaulipas en 1957. No recuerdo lo que pasó con respecto a mi madre y su reclamo de ciudadanía. Todo lo que sé es que nos vimos obligados a quedarnos en Tamaulipas y mi madre vivió allí por lo menos hasta 1974."

**Declaración Jurada de Antonio Guerra Rodríguez**                                    **2**

Plaintiff's Exhibit "E'

"Mientras vivía en Tamaulipas, mi madre iba a los Estados Unidos y volvía a México cada semana para comprar alimentos. A veces me llevaba a mí o a uno de mis hermanos con ella en estos viajes de compras. En un momento dado, mi madre trabajaba dos días a la semana en Brownsville, Texas. No recuerdo dónde ni para quién trabajaba. Esto era así, a pesar de que mi padre no quería que ella trabajara, porque necesitábamos comer o pasar hambre."

"En esos tiempos, simplemente nos presentábamos en la frontera y solicitábamos la entrada a Estados Unidos. El oficial de la patrulla fronteriza nos preguntaba por qué queríamos entrar al país y simplemente nos dejaban entrar. Otras veces, el oficial de la patrulla fronteriza no hacia ninguna pregunta y simplemente nos permitía ingresar a los Estados Unidos. Por lo tanto, viajaba con frecuencia de ida y vuelta de México a los Estados Unidos por cualquier cosita. A pesar de mi avanzada edad, recuerdo todos estos detalles muy claramente, aunque no puedo recordar las fechas exactas."

"En algún momento a principios de la década de 1970, después de que mi madre se había reunido con sus hermanos que vivían en California, mi padre y yo nos fuimos a vivir con mis tíos en los Estados Unidos. Vivimos en California hasta la muerte de mi padre en octubre de 1975. Sin embargo, mi madre no se quedó en México mientras mi padre y yo vivíamos y trabajábamos en California. Comenzó a vivir con mis hermanos en un rancho cerca de Brownsville, Texas. Ella nunca volvió a vivir en México después de que mi padre y yo nos fuimos a California."

"Sinceramente creo que mi madre intentó entrar a los Estados Unidos como ciudadana antes de mi nacimiento, pero no se le permitió entrar al país porque un gobierno de los Estados Unidos le dijo erróneamente a mi madre que no era ciudadana de los Estados Unidos por alguna razón. A lo largo de los años y después de tantos intentos, también creo que mi madre se dio por vencida al intentar probar su ciudadanía. No fue hasta después de la muerte de mi padre que

**Declaración Jurada de Antonio Guerra Rodríguez**                                                  **3**

Plaintiff's Exhibit "E'

finalmente convencí a mi madre de intentarlo de nuevo para que mis hermanos y yo pudiéramos entrar a los Estados Unidos."

"Si el gobierno de los Estados Unidos hubiera tomado en serio a mi madre y realmente hubiera considerado sus declaraciones y documentos con respecto a su reclamo de ciudadanía, realmente creo que mis hermanos y yo habríamos nacido en los Estados Unidos. Mi madre amaba este país. Su familia amaba este país. Mi abuelo, Teodoro Rodríguez, se registró para servir en la Primera Guerra Mundial. Mis tíos también se registraron y sirvieron en la Segunda Guerra Mundial. Recuerdo con cariño a mi madre contándonos historias de cómo no tenían un hogar real en Kansas, sino que vivían en vagones porque mi abuelo trabajaba para una compañía de ferrocarriles. Recientemente descubrí que mi abuela, Eleuteria Vargas, fue enterrada en Herington, Kansas."

"Incluso si no hubiera nacido en los Estados Unidos, sé que mis hijos habrían nacido en este país si el gobierno hubiera reconocido que mi madre era ciudadana estadounidense en 1957, cuando nos mudamos a Tamaulipas con el único propósito de que mi madre mostrara sus documentos de ciudadanía a un funcionario del gobierno de los Estados Unidos. Por lo menos, sé que mi madre habría presentado el papeleo apropiado para que sus hijos ingresaran legalmente a los Estados Unidos mucho antes de lo que lo hizo. Esto significa que habría estado físicamente presente en este país durante el período de tiempo requerido para el reclamo de ciudadanía de mi hijo, Jorge Guerra Vázquez."

Plaintiff's Exhibit "E"

"Juro que los hechos contenidos en la declaración anterior son verdaderos y correctos a lo mejor de mi conocimiento y creencia.

_Antonio Guerra, R_
ANTONIO GUERRA RODRIGUEZ

JURADO Y SUSCRITO ante mí en este __16__ dia de __Agosto__ _____, 2021.

CLAIRE NATALIE CADENA
Notary Public, State of Texas
Comm. Expires 10-30-2023
Notary ID 132232699

_Claire Cadena_
Notario Publico,
El Estado de Texas

Declaración Jurada de Antonio Guerra Rodriguez                                              5

Plaintiff's Exhibit "E'





Plaintiff's Exhibit "E"

CERTIFICATION OF VITAL RECORD

# STATE OF TEXAS
## CITY OF ARLINGTON
## TARRANT COUNTY

**STATE OF TEXAS** | CERTIFICATE OF DEATH | **STATE FILE NUMBER**

| | |
|---|---|
| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | (Maiden) | 2. DATE OF DEATH - ACTUAL OR PRESUMED |
| CRUZ RODRIGUEZ GUERRA | RODRIGUEZ | 03/28/2010 |

| 3. SEX | 4. DATE OF BIRTH | 5. AGE-Last Birthday (Years) 86 | IF UNDER 1 YR MO DAYS | IF UNDER 1 DAY HOURS MIN | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| FEMALE | 02/28/1924 | 86 | | | ARRINGTON, MO |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If Wife, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married ☒ Widowed ☐ Divorced ☐ Never Married ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 2233 DANIEL DRIVE | 141 | ARLINGTON |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| TARRANT | TEXAS | 76010 | ☒ Yes ☐ No |

| 11. FATHER'S NAME | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| TEODORO RODRIGUEZ | ELEUTERIA VARGAS |

**13. PLACE OF DEATH (CHECK ONLY ONE)**

| IF DEATH OCCURRED IN A HOSPITAL: | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: |
|---|---|
| ☒ Inpatient ☐ ER/Outpatient ☐ DOA | ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify) |

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP CODE  (if outside city limits, give precinct no) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| TARRANT | ARLINGTON, 76015 | MEDICAL CENTER OF ARLINGTON |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| JAIME GUERRA - SON | 2233 DANIEL DRIVE, ARLINGTON, TX 76010. |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. |
|---|---|---|
| ☐ Burial ☐ Cremation ☐ Donation ☐ Entombment ☒ Removal from state ☐ Other (Specify) | MIGUEL A MENDEZ , BY ELECTRONIC SIGNATURE-113632 | ☒ Unknown  Section  Block  Lot  Space |

| 22. PLACE OF DISPOSITION (Name of Cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| CEMETERY IN MEXICO | RIO BRAVO,MX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| ANGEL HILLS FUNERAL DIRECTORS | 1108 E. DIVISION ST., ARLINGTON, TX 76011 |

**26. CERTIFIER (Check one)**
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time date and place, and due to the cause(s) and manner stated.

| 27.SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (Mo/Day/Yr) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| | 03/30/2010 | M 4068 | 12:10 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City,State,Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| Alain FOLEFACK. 12221 Merit Drive suite 1610. DALLAS, Tx 75251 | M.D. |

**31. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH LINE**

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Acute Ischemic CVA

Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH, BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1.
ESRD on Hemodialysis.

| 34. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |
|---|---|

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined | ☐ Yes ☐ No ☐ Probably ☒ Unknown | ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

| 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes ☐ No | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) | 40f. COUNTY OF INJURY |
|---|---|---|---|---|

| 40e. LOCATION (Street and Number, City,State,Zip Code) | |
|---|---|

41. DESCRIBE HOW INJURY OCCURRED

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 03-0497 | March 30, 2010 | Karen Barlau |

EDR   000000734319

DTP. NO 1

321664

VS-112 REV 1/2006

WARNING The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $10,000. (Health and Safety Code, Sec. 195.003)

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS UNIT

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED IN THIS OFFICE. ISSUED UNDER AUTHORITY OF SECTION191.051, HEALTH AND SAFETY CODE.

DATE ISSUED: MAR 30 2010

Karen Barlau
LOCAL REGISTRAR
CITY OF ARLINGTON, TEXAS





ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Plaintiff's Exhibit "E"







# ESTADO DE GUANAJUATO
## DIRECCION GENERAL DEL REGISTRO CIVIL
### NACIMIENTO

RCA11685273

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE GUANAJUATO, CERTIFICO SER CIERTO QUE EN EL LIBRO No. 2 DE NACIMIENTOS QUE EXISTE EN EL ARCHIVO DE LA OFICIALIA DEL REGISTRO CIVIL No. 01 ROMITA DEL MUNICIPIO DE ROMITA SE ENCUENTRA ASENTADA EL ACTA No. 00435 DE FECHA 15 DE JULIO DE 1944 DEL TENOR SIGUIENTE:

| OFICIALIA | LIBRO | ACTA No. | CRIP | CURP |
|---|---|---|---|---|
| 01 | 2 | 00435 | 110260144004350 | ---------- |

FECHA REGISTRO:    15 DE JULIO DE 1944
LUGAR DE REGISTRO: ROMITA, ROMITA, GUANAJUATO

### DATOS DEL REGISTRADO

NOMBRE:    ANTONIO GUERRA RODRIGUEZ
FECHA NACIMIENTO: 13 DE JUNIO DE 1944                      HORA: 22:00
LUGAR NACIMIENTO: LAS LIEBRES, ROMITA, GUANAJUATO, MEXICO
NACIONALIDAD:    MEXICANA        REGISTRADO: VIVO        SEXO: MASCULINO        COMPARECIO:PADRE

### DATOS DE LOS PADRES:

NOMBRE PADRE:    BENIGNO GUERRA -----
NACIONALIDAD:    MEXICANA                                   EDAD PADRE:30
NOMBRE MADRE:    MA. CRUZ RODRIGUEZ -----
NACIONALIDAD:    MEXICANA                                   EDAD MADRE:19

### DATOS DE LOS ABUELOS:

NOMBRE ABUELO PATERNO:JOSE GUERRA
NACIONALIDAD:        MEXICANA                           EDAD:
NOMBRE ABUELA PATERNA: PETRA ORTIZ
NACIONALIDAD:        MEXICANA                           EDAD:
NOMBRE ABUELO MATERNO:TEODORO RODRIGUEZ
NACIONALIDAD:        MEXICANA                           EDAD:
NOMBRE ABUELA MATERNA:ELEUTERIA VARGAS
NACIONALIDAD:        MEXICANA

### PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE:    -----------                            PARENTESCO:-----------
NACIONALIDAD:    -----------                        EDAD:

SE EXTIENDE LA PRESENTE CONFORME A LO DISPUESTO POR EL DECRETO GUBERNATIVO NUMERO 99 DE FECHA 29 DE JULIO DE 1998 EL ARTICULO 19 FRACCION V DEL REGLAMENTO INTERIOR DEL REGISTRO CIVIL VIGENTE EN EL ESTADO. IRAPUATO, GUANAJUATO, A 4 DE OCTUBRE DE 2013

NOMBRE Y FIRMA DEL
OFICIAL DEL REGISTRO CIVIL

SELLO DE LA OFICINA

LIC. ADRIANA MASCORRO VARGAS

Precio: $113.00
226/170701/58203/57611

11685273-11685273

RCA11685273




# STATE OF GUANAJUATO
## GENERAL OFFICE OF THE CIVIL REGISTRY
## BIRTH

**IN THE NAME OF THE FREE AND SOVEREIGN STATE OF GUANAJUATO, I CERTIFY THE TRUENESS OF WHAT IS FOUND IN BOOK No. 2 OF BIRTHS THAT EXISTS IN THE ARCHIVE OF THE OFFICE OF THE CIVIL REGISTRY No. 01 ROMITA OF THE MUNICIPALITY OF ROMITA, THERE APPEARS THE BIRTH CERTIFICATE No. 00435 DATED JULY 15, 1944 WHICH CONTAINS THE FOLLOWING DATA:**

| OFFICE | BOOK | CERTIFICATE | CRIP | | CURP |
|---|---|---|---|---|---|
| 01 | 2 | 00435 | 110260144004350 | | ----- |

| | |
|---|---|
| **REGISTRY DATE:** | JULY 15, 1944 |
| **REGISTRY PLACE:** | ROMITA, ROMITA, GUANAJUATO |

| REGISTERED DATA | | | |
|---|---|---|---|
| **NAME:** | **ANTONIO GUERRA RODRIGUEZ** | | |
| **BIRTHDATE:** | JUNE 13, 1944 | | **TIME:** 22:00 |
| **BIRTHPLACE:** | LAS LIEBRES, ROMITA, GUANAJUATO, MÉXICO | | |
| **NATIONALITY:** | MEXICAN   **REGISTERED:** ALIVE | **GENDER:** MALE | **APPEARED:** FATHER |

| PARENT'S DATA | | |
|---|---|---|
| **FATHER'S NAME:** | **BENIGNO GUERRA-----** | |
| **NATIONALITY:** | MEXICAN | **FATHER'S AGE:** 30 |
| **MOTHER'S NAME:** | **MA. CRUZ RODRIGUEZ-----** | |
| **NATIONALITY:** | MEXICAN | **MOTHER'S AGE:** 19 |

| GRANDPARENT'S DATA | | |
|---|---|---|
| **PATERNAL GRANDFATHER'S NAME:** | **JOSE GUERRA** | |
| **NATIONALITY:** | MEXICAN | **AGE:** |
| **PATERNAL GRANDMOTHER'S NAME:** | **PETRA ORTIZ** | |
| **NATIONALITY:** | MEXICAN | **AGE:** |
| **PATERNAL GRANDFATHER'S NAME:** | **TEODORO RODRIGUEZ** | |
| **NATIONALITY:** | MEXICAN. | **AGE:** |
| **MATERNAL GRANDMOTHER'S NAME:** | **ELEUTERIA VARGAS** | |
| **NATIONALITY:** | MEXICAN | **AGE:** |

| PERSON OTHER THAN PARENTS THAT PRESENTS THE REGISTERED | | |
|---|---|---|
| **NAME:** | --------- | **RELATIONSHIP:** ------------ |
| **NATIONALITY:** | | **AGE:** .... |

**THIS CERTIFICATE ACCORDING TO THE GOVERNMENT DECREE NUMBER 99 DATED JULY 29, 1998 AND ARTICLE 19 SECTION V OF THE CURRENT INTERNAL RULES OF THE CIVIL REGISTRY IN THE STATE OF LEON, GUANAJUATO. ON OCTOBER 4, 2013.**

NAME AND SIGNATURE OF THE CIVIL
REGISTRY OFFICER

ADRIANA MASCORRO VARGAS

Price $113.00
226/170701/58203/57611

11685272-11685273

RCA11685273

Plaintiff's Exhibit "E"

## CERTIFICATE OF TRANSLATION

I, Alexa Romero Rossoni, am competent to translate from Spanish to English, and certify that the translation of "Birth certificate of Antonio Guerra Rodriguez" is true and accurate to the best of my abilities.


_____

**Alexa Romero Rossoni**

**Av. Sta Fe 105**

**Santiago de Querétaro, México**

Plaintiff's Exhibit "E'



Plaintiff's Exhibit "E'




EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, Y COMO COORDINADORA
GENERAL DEL REGISTRO CIVIL DE LA SECRETARIA GENERAL DE GOBIERNO CERTIFICO QUE
EN LA COORDINACION GENERAL DEL REGISTRO CIVIL EN CIUDAD VICTORIA OBRA ASENTADA
UNA ACTA DE MATRIMONIO QUE CONTIENE LOS SIGUIENTES DATOS:

# ACTA DE MATRIMONIO

| | | | |
|---|---|---|---|
| OFICIALIA No. 1 | LIBRO No. 2 | ACTA No. 235 | FOJA No. 35 |
| FECHA DE REGISTRO: 11/07/1964 | | LUGAR: RIO BRAVO, TAMAULIPAS | |

**CONTRAYENTES**

CONTRAYENTE : ANTONIO GUERRA     SEXO : = = = = =    NACIONALIDAD : MEXICANA
LUGAR DE NACIMIENTO : IRAPUATO , GTO .     CURP : = = = = =    EDAD : 20 AÑOS

CONTRAYENTE : PAULA VAZQUEZ     SEXO : = = = = =    NACIONALIDAD : MEXICANA
LUGAR DE NACIMIENTO : CARDENAS , S.L.P .     CURP : = = = = =    EDAD : 20 AÑOS

**PADRES DE CONTRAYENTE**

PADRE : VIRGILIO GUERRA     NACIONALIDAD : = = = = =
MADRE : CRUZ RODRIGUEZ     NACIONALIDAD : = = = = =

**PADRES DE CONTRAYENTE**

PADRE : SANTOS VAZQUEZ ( + )     NACIONALIDAD : = = = = =
MADRE : NATIVIDAD BELMARES     NACIONALIDAD : = = = = =

**TESTIGOS**

TESTIGO : ANASTACIO BADILLO     NACIONALIDAD : = = = = =    EDAD : 50 AÑOS
TESTIGO : VICENTE ALMAGUER     NACIONALIDAD : = = = = =    EDAD : 38 AÑOS
TESTIGO : ANDRES CALVO     NACIONALIDAD : = = = = =    EDAD : 41 AÑOS
TESTIGO : = = = = = = = = = = = =     NACIONALIDAD : = = = = =    EDAD : = =

ESTE CONTRATO DE MATRIMONIO ESTA SUJETO AL REGIMEN DE : LA LEY DEL REG. CIVIL

LA PRESENTE ACTA TIENE LAS SIGUIENTES ANOTACIONES :
= = = = = = = = = =

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 42 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN CIUDAD
VICTORIA A LOS 18 DIAS DEL MES DE OCTUBRE DEL 2017. DOY FE.

SELLO DEL
REGISTRO CIVIL



C. MARIELA LOPEZ SOSA
COORDINADORA GENERAL DEL REGISTRO CIVIL DE LA SECRETARIA GENERAL DE
GOBIERNO

Gobierno del Estado de Tamaulipas
Secretaría General de Gobierno
COORDINACION GENERAL DEL REGISTRO CIVIL

2280330001196400235 0

11395078

18/10-26   MUC I - NOG

Plaintiff's Exhibit "E"




*IN THE NAME OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS, AND AS GENERAL COORDINATOR OF THE CIVIL REGISTRY OF THE GENERAL GOVERNMENT SECRETARIAT I CERTIFY THAT IN THE GENERAL COORDINATION OF THE CIVIL REGISTRY IN CIUDAD VICTORIA THERE IS A MARRIAGE CERTIFICATE, WHICH CONTAINS THE FOLLOWING DATA:*

# MARRIAGE CERTIFICATE

OFFICE: **1**     BOOK NO. **2**     CERTIFICATE NO. **235**     PAGE No.: **35**

DATE OF REGISTRY: **11/07/1964**     PLACE: **RIO BRAVO, TAMAULIPAS**

| CONTRACTING PARTIES |
|---|

CONTRACTING PARTY: **ANTONIO GUERRA**　　　　GENDER**:** = = = =　　NATIONALITY: **MEXICAN**
PLACE OF BIRTH: **IRAPUATO, GTO.**　　　　CURP: = = = =　　AGE: **20 YEARS OLD**

CONTRACTING PARTY: **PAULA VAZQUEZ**　　　　GENDER: = = = =　　NATIONALITY: **MEXICAN**
PLACE OF BIRTH: **CARDENAS, S.L.P.**　　　　CURP: = = = =　　AGE: **20 YEARS OLD**

| PARENTS OF THE GROOM |
|---|

FATHER: **VIRGILIO GUERRA**　　　　　　　　NATIONALITY: = = = =
MOTHER: **CRUZ RODRIGUEZ**　　　　　　　　NATIONALITY: = = = =

| PARENTS OF THE BRIDE |
|---|

FATHER: **SANTOS VAZQUEZ (+)**　　　　　　NATIONALITY: = = = =
MOTHER: **NATIVIDAD BELMARES**　　　　　　NATIONALITY: = = = =

| WITNESSES |
|---|

WITNESS: **ANASTACIO BADILLO**　　　NATIONALITY: = = = =　　AGE: **50 YEARS OLD**
WITNESS: **VICENTE ALMAGUER**　　　NATIONALITY: = = = =　　AGE: **38 YEARS OLD**

WITNESS: **ANDRES CALVO**　　　　NATIONALITY: = = = =　　AGE: **41 YEARS OLD**
WITNESS: = = = = = = = = = = = =　　NATIONALITY: = = = =　　AGE: = = **YEARS OLD**

MARRIAGE SUBJECT TO THE REGIMEN OF: **CIVIL REGISTRY LAW**

THIS CERTIFICATE HAS THE FOLLOWING NOTES:
= = = = = = = = = = = =

THIS CERTIFICATE IS ISSUED, ACCORDING TO ARTICLE 42 OF THE CURRENT CIVIL CODE IN THE STATE OF TAMAULIPAS, IN CIUDAD VICTORIA ON OCTOBER 18, 2017. I ATTEST.

**MARIELA LOPEZ SOSA**
*GENERAL COORDINATOR OF THE CIVIL REGISTRY OF THE GENERAL GOVERNMENT SECRETARIAT*

22803300011964002350

11395078

Plaintiff's Exhibit "E"

**CERTIFICATE OF TRANSLATION**

I, Alexa Romero Rossoni, am competent to translate from Spanish to English, and certify that the translation of "Marriage certificate of Antonio Guerra and Paula Vazquez" is true and accurate to the best of my abilities.

_____

**Alexa Romero Rossoni**

**Av. Sta Fe 105**

**Santiago de Querétaro, México**

Plaintiff's Exhibit "E'





**Identificador Electrónico**
28022000120210016393

**Estados Unidos Mexicanos**

Clave Única de Registro de Población
**GUVJ720913HTSRZR00**

**Acta de Nacimiento**

Número de Certificado de Nacimiento
----------------

Entidad de Registro
**TAMAULIPAS**

Municipio de Registro
**MATAMOROS**

| Oficialía | Fecha de Registro | Libro | Número de Acta |
|---|---|---|---|
| 0001 | 23/10/1972 | 27 | 5385 |

## Datos de la Persona Registrada

| JORGE | GUERRA | VAZQUEZ |
|---|---|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: |

| | | MATAMOROS |
| HOMBRE | 13/09/1972 | TAMAULIPAS |
| Sexo: | Fecha de Nacimiento: | Lugar de Nacimiento: |

## Datos de Filiación de la Persona Registrada

| ANTONIO | GUERRA | -------- | MEXICANA | -------- |
|---|---|---|---|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |

| PAULA | VAZQUEZ | -------- | MEXICANA | -------- |
|---|---|---|---|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |

**Anotaciones Marginales:**

Sin anotaciones marginales.

**Certificación:**

Se extiende la presente copia certificada, con fundamento en el artículo 42 del Código Civil del Estado de Tamaulipas y el artículo 9 fracción V de la Ley Reglamentaria de las Oficinas del Registro Civil del Estado de Tamaulipas. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A los 18 días del mes de agosto de 2021. Doy fe.

**Firma Electrónica:**

R1 VW Sj cy MD kx M0 NU U1 Ja Uj Aw fE pP Uk dF fE dV RV JS QX xW QV pR VU Va ID Ey OD Ay Mj Aw MD Ex OT cy MD Uz OD Uw fE 18 MT Mg ZG Ug c2 Vw dG lI bW Jy Z5 Bk ZS Ax OT cy fF RB TU FV TE iQ QV N8 bn Vs bH xu dW xs

Código QR





*Soy México*

DIRECTOR JURÍDICO DE LA COORDINACIÓN GENERAL DE REGISTRO
LIC. JUAN PABLO CANTU TREJO

Código de Verificación
128022000011972053850

La presente copia certificada del acta es un extracto del acta que se encuentra en los archivos del Registro Civil correspondiente, la cual se ha expedido con base en las disposiciones jurídicas aplicables, cuyos datos pueden ser verificados en la página https://cevar.registrocivil.gob.mx/eVAR/ConsultaFolio.jsp ,capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una app

Plaintiff's Exhibit "E"





Plaintiff's Exhibit "E'





Plaintiff's Exhibit "E'

REGIS 15 N 2 s 10-C

## DESCRIPTION OF REGISTRANT

| HEIGHT | | | BUILD | | | COLOR OF EYES | COLOR OF HAIR |
|--------|--|--|-------|--|--|---------------|---------------|
| Tall | Medium | Short | Slender | Medium | Stout | | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 Field 28 Black | Black |

27 Has person lost arm, leg, hand, eye, or is he obviously physically disqualified?
(Specify): No

30 I certify that my answers are true; that the person registered has read or has had read to him his own answers; that I have witnessed his signature or mark, and that all of his answers of which I have knowledge are true, except as follows:

Previous Unable to speak
English

M. G. Young

Date of Registration 9-12-1918

[STAMP BOX]
LOCAL BOARD
PLEASANTON COUNTY
ALLENE, KANSAS.

(STAMP OF LOCAL BOARD)

(The stamp of the Local Board having jurisdiction of the area in which the registrant has his permanent home shall be placed in this box.)

---

## REGISTRATION CARD

SERIAL NUMBER 1

ORDER NUMBER A 1310

NAME Federico — Rodriguez

2 8797-1-Bund, Cir. Thorington, Kans

Date of Birth

Age in Years 26   Aug. Month or day 1892

RACE

| White | Negro | Oriental | Citizen | Indian | | ALIEN | |
|-------|-------|----------|---------|--------|--|-------|--|
| | | | Citizen | | Non-citizen | Declarant | Non-declarant |
| 5 | 6 | 7 | 8 | | 9 | | |

18 Mexico (Yougaste)

PRESENT OCCUPATION

Pleasanton Kans 17  CP747 Pipe Co.
Thorington, Kansas

19 Mary Garcia (wife)

Name of Employer CP747 Bund Cir. Thorington Kans

I SPEAK THAT I HAVE VERIFIED ABOVE ANSWERS AND THAT THEY ARE TRUE.

Federico X Rodriguez

Mail — Ernest L Rodriguez

Plaintiff's Exhibit "E"

N 184-D

14037-D

**REGISTRATION CARD—(Men born on or after January 1, 1922 and on or before June 30, 1924)**

| SERIAL NUMBER | 1. NAME (Print) | | | ORDER NUMBER |
|---|---|---|---|---|
| N 184-D | *Victoriano* (First) | *Vargas* (Middle) | *Rodriguez* (Last) | 14037 D |

2. PLACE OF RESIDENCE (Print)

*General Debuny, Los Angeles*

(Number and street)    (Town, township, village, county)    (County)    (State)

[THE PLACE OF RESIDENCE GIVEN ON THE LINE ABOVE WILL DETERMINE LOCAL BOARD
JURISDICTION; LINE 2 OF REGISTRATION CERTIFICATE WILL BE IDENTICAL]

3. MAILING ADDRESS

*Calle del dieciceis de Satiamboa Yrapinato Guanajuato 96 Mexico*

(Mailing address if other than place indicated on line 2.  If same insert word same)

| 4. TELEPHONE | | 5. AGE IN YEARS | 6. PLACE OF BIRTH |
|---|---|---|---|
| | | 22 | *Herrington* |
| | | DATE OF BIRTH | (Town or county) |
| (Exchange) | (Number) | 4 / 13 / 23 | *Kansas* |
| | | (Mo.) (Day) (Yr.) | (State or country) |

7. NAME AND ADDRESS OF PERSON WHO WILL ALWAYS KNOW YOUR ADDRESS

*Gumenda Brilleger Calle del dieciseis Satiamboa Yrapinato Guanajuato 96 Mexico*

8. EMPLOYER'S NAME AND ADDRESS

*Unemployed*

9. PLACE OF EMPLOYMENT OR BUSINESS

(Number and street or R. F. D. number)    (Town)    (County)    (State)

I AFFIRM THAT I HAVE VERIFIED ABOVE ANSWERS AND THAT THEY ARE TRUE.

D. S. S. Form 1
(Revised 6-1-42)    (over)    o16—21630-3    *Victoriano "Rodrigez*
(Registrant's signature)

Plaintiff's Exhibit "E"

## REGISTRAR'S REPORT

### DESCRIPTION OF REGISTRANT

| RACE | | HEIGHT (Approx.) | | WEIGHT (Approx.) | | COMPLEXION | |
|---|---|---|---|---|---|---|---|
| White | ✓ | 5'5 | | 130 | | Sallow | |
| | | EYES | | HAIR | | Light | |
| Negro | | Blue | | Blonde | | Ruddy | |
| | | Gray | | Red | | Dark | |
| Oriental | | Hazel | | Brown | | Freckled | |
| | | Brown | ✓ | Black | ✓ | Light brown | ✓ |
| Indian | | Black | | Gray | | Dark brown | |
| | | | | Bald | | Black | |
| Filipino | | | | | | | |

Other obvious physical characteristics that will aid in identification _____

_____

_____

I certify that my answers are true; that the person registered has read or has had read to him his own answers; that I have witnessed his signature or mark and that all of his answers of which I have knowledge are true, except as follows:

*Scar left side of upper lip*

*Stuart C. Nash*

(Signature of registrar)

Registrar for Local Board____*U S Atty Office L A*____
(Number)   (City or county)   (State)

Date of registration____*March 18, 1942*

LOCAL BOARD No. 218
LOS ANGELES COUNTY
ROOM 980-PACIFIC ELECTRIC BLDG.
610 SO. MAIN ST.,
LOS ANGELES CALIF.
(STAMP OF LOCAL BOARD)

218

(The stamp of the Local Board having jurisdiction of the registrant shall be placed in the above space)

U. S. GOVERNMENT PRINTING OFFICE     16c—21630-1

Plaintiff's Exhibit "E"

# Ralph Rodriguez
## in the **U.S., World War II Army Enlistment Records, 1938-1946**

| | |
|---:|:---|
| Name: | Ralph Rodriguez |
| Race: | White |
| Marital status: | Single, without dependents (Single) |
| Rank: | Private |
| Birth Year: | 1927 |
| Nativity State or Country: | California |
| Citizenship: | Citizen |
| Residence: | Los Angeles, California |
| Education: | 4 years of high school |
| Civil Occupation: | Semiskilled sailors and deckhands, except U.S. Navy |
| Enlistment Date: | 16 Apr 1946 |
| Enlistment Place: | Los Angeles, California |
| Service Number: | 39729664 |
| Branch: | No branch assignment |
| Component: | Selectees (Enlisted Men) |
| Source: | Civil Life |
| Height: | 66 |
| Weight: | 666 |

## Source Citation

National Archives at College Park; College Park, Maryland, USA; *Electronic Army Serial Number Merged File, 1938-1946*; NAID: *1263923*; Record Group Title: *Records of the National Archives and Records Administration, 1789-ca. 2007*; Record Group: *64*; Box Number: *14677*; Reel: *38*

## Source Information

Ancestry.com. *U.S., World War II Army Enlistment Records, 1938-1946* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2005.

Original data: National Archives and Records Administration. Electronic Army Serial Number Merged File, 1938-1946 [Archival Database]; ARC: 1263923. World War II Army Enlistment Records; Records of the National Archives and Records Administration, Record Group 64; National Archives at College Park. College Park, Maryland, U.S.A.

## Description

This database contains information on about 8.3 million men and women who enlisted in the U.S. Army during World War II. Information contained in this database usually includes: name of enlistee, army serial number, residence (county and state), enlistment date and place (city and state), education, civil occupation, marital status, height and weight. Learn more...

© 2021, Ancestry.com

Adm 7/31/47

80-A.

**MANIFEST**

Family name: RODRIGUEZ-BARDAS,    Given name: GABRIEL

Place of birth (town, country, etc.): Rux Hidalgo, Texas    Serial No.

Accompanied by: No one

C.I.V. No.    Sex and subdivision    Quota country charged    I.V. No.

Place of birth (town, country, etc.) 2/23/24    Act of 1924    Age: 26 yrs.    Sex: M    U.S. Occupation: vxo Laborer

P.H. No.    End    With    Yes    Yes

Hair: Black    Eyes: Brown

Race: White    U.S. Citizen    Calle Niños Heroes 91

Read: U.S. Citizen    Calle Niños Heroes 91, county 91    Mexico

That and address of nearest relative or friend in country whence immigrant came: Rugaro, Gto., Mexico

Wife: Esperanza Naranjo, Calle Niños Heroes 21, Irapuato, Gto. Mex.

Going to: Self

Date of entry to 1989. Immigration Visa to Irapuato

Marks, and name and complete address whither traveling to Irapuato

Physical, Mental or other details, how admitted    Whether coming out and time remaining

Home: None    To Reside permanently

Height: No    Complexion    War    Eyes    Whether paying now

Sol. Det.    5 ft. 7 in. Dark    Black    Brown    None

Import and date of landing, and name of citizenship    Con. No. Registration card No.

Admitted by: None found    Present Status: No    Present Education F.I. Arrived by: Held B.O.I.    Date: 16—1079

U.S. Department of Justice, Immigration and Naturalization Service    Form I-448 (Ed. 1947)    (Old 548)

Prov. U. S. Government

Copy to C.O. 4-01-47

## MEDICAL CERTIFICATE

| DISPOSITION BEFORE B.S.I. | | | VISITORS OR TRANSITS | |
| --- | --- | --- | --- | --- |
| Deferred for and date | Rejected as and date | | Visitor 514 No. | Transit 514 or E.S. Line and Ticket No. |
| Date appealed | Decision and date | Date admitted | File No. | Steamship | Ticket issued at and date |

3068

File No. 1407 10400

Date admitted 7-21-47

_Evidence to overcome..._ 4016) & AP 44(d) Hall

act 1940 _passed B.S._

*Edward B Hornery*

Surgeon, U.S. Public Health Service.

Part of body affected

### REMARKS AND ENDORSEMENTS

Presents Photostatic copy of Birth Certificate of Gabriel Rodriguez, showing birth in Herington, Kansas, February 23, 1921; also registration of Teodoro Rodriguez September 12, 1918, for military service in United States, and statement of January 26, 1929, Herington, Kansas-

-as of death of Eufemia Burns Rodriguez. _Sworn_ _Gabriel B. Burns_ 1/24/2...
Registered Inspector.

Gabriel Rodríguez claims he never registered to U.S. military service.

Plaintiff's Exhibit "E'

# Eleuteria Bargas

### in the U.S., Find a Grave Index, 1600s-Current

| Detail | Source |

| | |
|---:|:---|
| Name: | Eleuteria Bargas |
| Birth Date: | 18 Apr 1896 |
| Death Date: | 24 Jun 1929 |
| Cemetery: | Saint Johns Catholic Cemetery |
| Burial or Cremation Place: | Herington, Dickinson County, Kansas, United States of America |
| Has Bio?: | N |
| URL: | https://www.findagrave.com/memorial/42549725/eleuteria-bargas |

© 2021 Ancestry.com

Plaintiff's Exhibit "E"



Plaintiff's Exhibit "E'

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Form Approved
OMB NO. 43–RO 401

| PETITION TO CLASSIFY STATUS OF ALIEN RELATIVE FOR ISSUANCE OF IMMIGRANT VISA SLOB | PLEASE NOTE YOU ARE THE PETITIONER AND YOUR RELATIVE IS THE BENEFICIARY | Fee Stamp |
|---|---|---|

$ 10.00  FEE PAID  No. BRO-81-189-4-TC

Immigration and Naturalization Service
Brownsville, Texas
Date. 07/02/81  Verified

RECEIVED
US IMMIGRATION & NATURALIZATION SERVICE

1. Name of beneficiary (Last, in CAPS) (First) (Middle)
GUERRA-Rodriguez, Antonio

2. Do Not Write in This Space

3. Names, birthdates and countries of birth of beneficiary's children:
Manuel Salvador June 21/62 Mex.
Silvia Nov. 4, 1964 Mexico
Olivia Aug. 16, 1968 Mexico
Jorge Antonio Sept. 13, 1972

4. Other names used: (including maiden name if married)
none

5. Country of beneficiary's birth
Mexico

6. Date of beneficiary's birth (Month, day, year)
June 13, 1944

CONSULATE GENERAL OF THE UNITED STATES OF AMERICA

JUL 21 1981

7. My name is (Last, in CAPS) (First) (Middle)
RODRIGUEZ-vda. de Guerra, Cruz

HARLINGEN, TEXAS

My phone number is:
none

8. Other names used: (including maiden name if married woman)
RODRIGUEZ-Vargas, Cruz

10. Relationship of beneficiary to myself
son

11. I was born in: (Month) (Day) (Year)
Feb. 28, 1924

in: (Town or city) (State or Province) (Country)
Herrington, Kansas USA

MONTERREY, MEXICO
MAIL ROOM

12. If you are a citizen of the United States, give the following:
a. Citizenship was acquired: (Check one)
☒ through birth in the U.S. ☐ through parents ☐ through naturalization ☐ through marriage

(1) If acquired through naturalization, give name under which naturalized, number of naturalization certificate, and date and place of naturalization:
Presented I-197 in BRO 6/25/81  weg/Bro

(2) If known, my former alien registration was A

(3) If acquired through parentage or marriage, have you obtained a certificate of citizenship in your own name?
(a) If so, give number of certificate and date and place of issuance:
(b) If not, submit evidence of citizenship in accordance with instruction 3 a (2)

13. If you are a lawful permanent resident alien of the United States, give the following:
a. Alien Registration Number:
A— n/a

b. Date, place, and means of admission for lawful permanent residence
m/a

14. Beneficiary's marital status:
☒ Married ☐ Widowed ☐ Divorced ☐ Single

15. Name of beneficiary's spouse, if married, and date and country of birth (Omit this item if petition is for your spouse)
VASQUEZ-Belmares, Paulina Jan 25, 1944  Mexico

16. Full address of beneficiary's spouse and children, if any (Omit this item if petition is for your spouse)
Callejon 10 #33  Col. Popular
Matamoros, Tamps. Mexico

17. If this petition is for your spouse or child, give the following:
a. Date and place of your present marriage
n/a - widowed

b. Names of my prior spouses
Benigno Guerra

c. Names of spouse's prior spouses
n/a

18. Has this beneficiary ever been in the U.S.?
☐ YES ☒ NO

19. Are beneficiary and petitioner related by adoption?
☐ YES ☒ NO

—(CONTINUE WITH ITEM 20 ON REVERSE)—

OATH OR AFFIRMATION OF PETITIONER

I swear (affirm) that I know the contents of this petition signed by me and that the statements herein are true and correct.
Signature of petitioner (See Instruction No. 5). X + her mark witnesed by (penero Pere)
Subscribed and sworn to (affirmed) before me this 24th day of June 19 81, at 845 18th Brownsville Tx
(SEAL) My commission expires June 9th 1985  Natividad Ayala  Notary Public
(SIGNATURE OF OFFICER ADMINISTERING OATH) (TITLE)

SIGNATURE OF PERSON PREPARING FORM IF OTHER THAN PETITIONER

I declare that this document was prepared by me at the request of the petitioner and is based on all information of which I have any knowledge.
(SIGNATURE)
SOUTH TEXAS IMMIGRATION COUNCIL
845 EAST 13TH
BROWNSVILLE, TEXAS 78520
(ADDRESS)
6/29/81
(DATE)

FORM I–130
(Rev. 10-26-79) N

| RECEIVED | TRANS. IN | RET'D. TRANS. OUT | COMPLETED |
|---|---|---|---|
| | | | 7/14/81 |

Plaintiff's Exhibit E8

The petition was filed on _____ JUL 0 2 1981

The petition is approved for status under section:

SPOUSE,
☐ 201 (b) CHILD          ☐ 203 (a) (2)

☐ 201 (b) PARENT         ☒ 203 (a) (4)

☐ 203 (a) (1)            ☐ 203 (a) (5)

DATE OF ACTION

U. S. APPROVED INS.

JUL 1 4 1981

DD:
DISTRICT    HARLINGEN, TEXAS

**REMARKS**
☐ PERSONAL INTERVIEW CONDUCTED
☒ DOCUMENT CHECK ONLY
☐ FIELD INVESTIGATION COMPLETED
☐ APPROVAL PREVIOUSLY FORWARDED

---

**REMARKS** *(Continued)*

---

(PETITIONER IS NOT TO WRITE ABOVE THIS LINE)

20. Check the appropriate box below and furnish the information required for the box checked.

☒☒ Beneficiary will apply for a visa abroad at the American Consulate in  Monterrey, N.L. Mexico
(CITY IN FOREIGN COUNTRY) (FOREIGN COUNTRY)

☐ Beneficiary will be in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at _____ (CITY)       (STATE)

If the application for adjustment of status is denied, the beneficiary will apply for a visa abroad at the American Consulate in _____

(CITY IN FOREIGN COUNTRY)                    (FOREIGN COUNTRY)

21. My residence in the United States is: (C/O, if appropriate)   (Apt. No.)   (Number and Street)   (Town or city)   (State)   (ZIP Code)
812 East 15th St. Brownsville, TExas   78520

22. My address abroad (if any) is:   (Number and street)   (Town or city)   (Province)   (Country)
none

23. Last address at which I and my spouse resided together   (Town or city)   (State or Province)   (Country)   (Apt. No.)   (Number and street)   From (Month) (Year)   To (Month) (Year)
Rio Bravo,   Tamps.   Mexico                                   1957 to 1974

24. Address in the United States where beneficiary will reside       (City)       (State)
812 E. 15th St. Brownsville, TExas

25. Address at which beneficiary is presently residing (Apt. No.)   (Number and street)   (Town or city)   (Province or State)   (ZIP Code)
Callejon 10 #33 Col. Popular Matamoros, Tamps. Mexico

26. (a)  Beneficiary's address abroad (if any) is:   (Number and Street)   (Town or City)   (Province)   (Country)
Callejon 10 #33 Col. Popular Matamoros, Tamps. Mexico

(b)  If the beneficiary's native alphabet is other than Roman letters, write his/her name and address in the native alphabet:
(Name)   (Number and Street)   (Town or City)   (Province)   (Country)
none

27. If this petition is for a child, (a). is the child married? yes (b). is the child your adopted child? no  If so, give the names, dates, and places of birth of all other children adopted by you. If none, so state.  n/a

28. If this petition is for a brother or sister, are both your parents the same as the alien's parents? n/a  If not, submit a separate statement giving full details as to parentage, dates of marriage of parents, and the number of previous marriages of each parent.

29. If separate petitions are also being submitted for other relatives, give names of each and relationship to petitioner.
Jaime, Catalina, and Isidoro   (sons)

30. Have you ever filed a petition for this alien before? no  If so, give place and date of filing and result.

31. If beneficiary is in the United States, give the following information concerning beneficiary:

(a) Last arrived in U.S. as has not entered (Visitor, student, exchange alien, crewman, stowaway, etc.) on (Month) (Day) (Year)  n/a

(b) Date beneficiary's stay expired or will expire as shown on his Form I-94 or I-95. (Month) (Day) (Year)  n/a

(c) Beneficiary's File number if any A-  n/a

(d) Name and address of present employer  n/a

(e) Date alien began this employment  n/a

Plaintiff's Exhibit "E"

IV-42,326,592

# IMMIGRANT VISA AND ALIEN REGISTRATION

☐ THE IMMIGRANT HAS BEEN PREVIOUSLY IN THE UNITED STATES

| OF: | (Family Name) | (First Name) | (Middle Name) | INS FILE #, IF KNOWN |
|---|---|---|---|---|
| | GUERRA RODRIGUEZ, ANTONIO | | | |

**ACTION BY IMMIGRATION INSPECTOR**

U. S. IMMIGRATION
406 PGR 3

FEB 15 1990

ADMITTED _P4-1_ (CLASS)

UNTIL _Perm_

**THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA** (Name of vessel or flight no. of arrival)

Int'l Bridge PGR
Progreso, TX

**CITY AND COUNTRY OF BIRTH**
LAS LIBRES GTO, MEXICO

**CITY AND COUNTRY OF LAST RESIDENCE**
MATAMOROS TAMPS, MEX

**INELIGIBILITY FOR VISA WAIVED UNDER SECTION**
☐ 212(e)  ☐ 212(h)
☐ 212(g)  ☐ 212(i)

**MO-DAY-YR OF BIRTH**
13JUN44

**NATIONALITY**
MEXICAN

| MARITAL STATUS | MOTHER'S FIRST NAME | FATHER'S FIRST NAME |
|---|---|---|
| ☒M ☐S ☐W ☐D ☐SEP | CRUZ | BENIGNO |

**FINAL ADDRESS IN THE UNITED STATES**

| STREET ADDRESS, INCLUDE—IN CARE OF & APT# IF APPLICABLE | CITY, STATE, AND ZIP CODE, IF AVAILABLE |
|---|---|
| P.O. BOX 374 | SANTA MARIA, TX 78592 |

| SEC. 212(a)(14) LABOR CERTIFICATION | ☒ NOT APPLICABLE | ☐ NOT REQUIRED | ☐ ATTACHED | OCCUPATION SLS SALES | SEX ☒M ☐F |
|---|---|---|---|---|---|

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN CONSULATE GENERAL
AT CD JUAREZ, CHIH., MEXICO

_Blossom D. S. Perry_
Consular Officer of the United States of America

**IMMIGRANT CLASSIFICATION**

**CLASSIFICATION SYMBOL**
P4-1

**FOREIGN STATE/OTHER AREA LIMITATION**
MEXICO

**IMMIGRANT VISA NO.**
CDJ7434750901 42326592

**ISSUED ON** (Day) (Month) (Year)
14FEB90

**THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF** (Day) (Month) (Year)
13JUN90

**PASSPORT**

**NO.**
BRO-258

**OR OTHER TRAVEL DOCUMENTS** (Describe)

**ISSUED TO**

**BY**

**ON**

**EXPIRES**

Tariff No. 21
Fee Paid $75
Local Cy. Equiv. _____

IV-42,326,592

| ACTION OF I.J. | ACTION ON APPEAL | |
|---|---|---|
| | | PROCESSED FOR I-551 THIS IS TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL ____ EMPLOYMENT AUTHORIZED |

CLASS A OR CLASS B REQUIRES ATTENTION OF USPHS AT POE

Plaintiff's Exhibit "E"

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Form Approved
OMB NO. 43–RO 401

PETITION TO
CLASSIFY STATUS OF
ALIEN RELATIVE FOR
ISSUANCE OF
IMMIGRANT VISA

PLEASE NOTE
YOU ARE THE PETITIONER
AND YOUR RELATIVE
IS THE
BENEFICIARY

Fee Stamp

$ 10.00 | FEE PAID | No. BRO-81-189-4-TC

Immigration and Naturalization Service
Brownsville, Texas
Date 07/02/81 Verified

| | |
|---|---|
| 1. Name of beneficiary (Last, in CAPS) (First) (Middle) | 2. Do Not Write in This Space |
| GUERRA-Rodriguez, Antonio | |

US IMMIGRATION &
NATURALIZATION SERVICE

3. Names, birthdates and countries of birth of beneficiary's children:
Manuel Salvador June 21/62 Mex.
Silvia Nov. 4, 1964 Mexico
Olivia Aug. 16, 1968 Mexico
Jorge Antonio Sept. 13, 1972

4. Other names used: (including maiden name if married)
none

5. Country of beneficiary's birth
Mexico

6. Date of beneficiary's birth (Month, day, year)
June 13, 1944

7. My name is: (Last, in CAPS) (First) (Middle)
RODRIGUEZ-vda. de Guerra, Cruz

8. My phone number is:
none

CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA

JUL 21 1981

9. Other names used: (including maiden name if married woman)
RODRIGUEZ-Vargas, Cruz

10. Relationship of beneficiary to myself
son

11. I was born: (Month) (Day) (Year) in: (Town or city) (State or Province) (Country)
Feb. 28, 1924 Herrington, Kansas USA

MONTERREY, MEXICO
MAIL ROOM

12. If you are a citizen of the United States, give the following:
a. Citizenship was acquired: (Check one)
XX through birth in the U.S. ☐ through parents ☐ through naturalization ☐ through marriage

(1) If acquired through naturalization, give name under which naturalized, number of naturalization certificate, and date and place of naturalization:

Presented I-197 in BRO 6/25/81
usg/BRO

(2) If known, my former alien registration was A _____

(3) If acquired through parentage or marriage, have you obtained a certificate of citizenship in your own name? _____

(a) If so, give number of certificate and date and place of issuance:

(b) If not, submit evidence of citizenship in accordance with instruction 3a (2)

13. If you are a lawful permanent resident alien of the United States, give the following:
a. Alien Registration Number:
A– n/a

b. Date, place, and means of admission for lawful permanent residence
n/a

14. Beneficiary's marital status:
☒ Married ☐ Widowed ☐ Divorced ☐ Single

15. Name of beneficiary's spouse, if married, and date and country of birth (Omit this item if petition is for your spouse)
VASQUEZ-Belmares, Paulina Jan 25, 1944 Mexico

16. Full address of beneficiary's spouse and children, if any (Omit this item if petition is for your spouse)
Callejon 10 #33 Col. Popular
Matamoros, Tamps. Mexico

17. If this petition is for your spouse or child, give the following:
a. Date and place of your present marriage
n/a – widowed

b. Names of my prior spouses
Benigno Guerra

c. Names of spouse's prior spouses
n/a

18. Has this beneficiary ever been in the U.S.?
☐ YES ☒ NO

19. Are beneficiary and petitioner related by adoption?
☐ YES ☒ NO

—(CONTINUE WITH ITEM 20 ON REVERSE)—

OATH OR AFFIRMATION OF PETITIONER

I swear (affirm) that I know the contents of this petition signed by me and that the statements herein are true and correct
Signature of petitioner (See Instruction No. 5): X (her mark witness by (person here)
Subscribed and sworn to (affirmed) before me this 24th day of June 19 81, at 845 E 14th Brownsville Tx
(SEAL) My commission expires June 9th 1985 Natividad Ayala Notary Public
(SIGNATURE OF OFFICER ADMINISTERING OATH) (TITLE)

SIGNATURE OF PERSON PREPARING FORM IF OTHER THAN PETITIONER

I declare that this document was prepared by me at the request of the petitioner and is based on all information of which I have any knowledge.

(SIGNATURE)

SOUTH TEXAS IMMIGRATION COUNCIL
845 EAST 13TH
BROWNSVILLE, TEXAS 78520
(ADDRESS)

6/29/81
(DATE)

FORM I–130
(Rev. 10-26-79) N

| RECEIVED | TRANS. IN | RET'D. TRANS. OUT | COMPLETED |
|---|---|---|---|
| | | | 7/14/81 |

Plaintiff's Exhibit E8

The petition was filed on _____    **JUL 0 2 1981**

The petition is approved for status under section:

U. S. APPROVED INS.

DATE OF ACTION    **JUL 1 4 1981**

DD: _____
DISTRICT    HARLINGEN, TEXAS

SPOUSE,
- [ ] 201 (b) CHILD
- [ ] 203 (a) (2)
- [ ] 201 (b) PARENT
- [X] 203 (a) (4)
- [ ] 203 (a) (1)
- [ ] 203 (a) (5)

**REMARKS**
- [ ] PERSONAL INTERVIEW CONDUCTED
- [X] DOCUMENT CHECK ONLY
- [ ] FIELD INVESTIGATION COMPLETED
- [ ] APPROVAL PREVIOUSLY FORWARDED

**REMARKS (Continued)**

(PETITIONER IS NOT TO WRITE ABOVE THIS LINE)

20. Check the appropriate box below and furnish the information required for the box checked.

[xx] Beneficiary will apply for a visa abroad at the American Consulate in **Monterrey, N.L. Mexico**
(CITY IN FOREIGN COUNTRY) (FOREIGN COUNTRY)

[ ] Beneficiary is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at _____
(CITY)                                    (STATE)

If the application for adjustment of status is denied, the beneficiary will apply for a visa abroad at the American Consulate in _____

(CITY IN FOREIGN COUNTRY)                                    (FOREIGN COUNTRY)

21. My residence in the United States is: (C/O, if appropriate)    (Apt. No.)    (Number and Street)    (Town or city)    (State)    (ZIP Code)
**812 East 15th St. Brownsville, TExas    78520**

22. My address abroad (if any) is:    (Number and street)    (Town or city)    (Province)    (Country)
**none**

23. Last address at which I and my spouse resided together
(Town or city)    (State or Province)    (Country)    (Apt. No.)    (Number and street)    From (Month) (Year)    To (Month) (Year)
**Rio Bravo,    Tamps.    Mexico**                     **1957 to 1974**

24. Address in the United States where beneficiary will reside    (City).    (State)
**812 E. 15th St. Brownsville, TExas**

25. Address at which beneficiary is presently residing  (Apt. No.)    (Number and street)    (Town or city)    (Province or State)    (ZIP Code)
**Callejon 10 #33 Col. Popular Matamoros, Tamps. Mexico**

26. (a)  Beneficiary's address abroad (if any) is:    (Number and Street)    (Town or City)    (Province)    (Country)
**Callejon 10 #33 Col. Popular Matamoros, Tamps. Mexico**

(b)  If the beneficiary's native alphabet is other than Roman letters, write his/her name and address in the native alphabet:
(Name)    (Number and Street)    (Town or City)    (Province)    (Country)
**none**

27. If this petition is for a child, (a). is the child married? **yes**  (b). is the child your adopted child? **no**  If so, give the names, dates, and places of birth of all other children adopted by you. If none, so state.  **n/a**

28. If this petition is for a brother or sister, are both your parents the same as the alien's parents? **n/a**  If not, submit a separate statement giving full details as to parentage, dates of marriage of parents, and the number of previous marriages of each parent.

29. If separate petitions are also being submitted for other relatives, give names of each and relationship to petitioner.
**Jaime, CAtalina, and Tsidoro    (sons)**

30. Have you ever filed a petition for this alien before? **no**  If so, give place and date of filing and result.

31. If beneficiary is in the United States, give the following information concerning beneficiary:

(a) Last arrived in U.S. as **has not entered** (Visitor, student, exchange alien, crewman, stowaway, etc.) on (Month) (Day) (Year)  **n/a**

(b) Date beneficiary's stay expired or will expire as shown on his Form I-94 or I-95. (Month) (Day) (Year)  **n/a**

(c) Beneficiary's File number if any A- **n/a**

(d) Name and address of present employer  **n/a**

(e) Date alien began this employment  **n/a**

Plaintiff's Exhibit "E"



**PERMANENT RESIDENT CARD**

NAME GUERRA RODRIGUEZ, ANTONIO

INS A# 042-326-592

Birthdate    Category    Sex
06/13/44    P41    M

Country of Birth
Mexico

CARD EXPIRES 04/21/10
Resident Since 02/15/90

C1USA0423265926SRC0007252617<<
4406138M1004212MEX<<<<<<<<<<6
GUERRA<RODRIGUEZ<<ANTONIO<<<<<

P41= married son or daughter of U.S. citizen

Plaintiff's Exhibit "E'







# THE UNITED STATES OF AMERICA



No. **A3676513**

# CERTIFICATE OF CITIZENSHIP

*USCIS Registration No.* **A042 326 594**

*Personal description of holder as of date of issuance of this certificate: Sex* **MALE** ; *Date of birth* **SEPTEMBER 13, 1972** ; *Height* **5** *feet* **07** *inches; Marital status* **MARRIED** ; *Country of birth* **MEXICO**

*I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me*

Jorge Guerra Vazquez

*(Complete and true signature of holder)*



*Be it known that:* **JORGE GUERRA VAZQUEZ**

*now residing at* **ARLINGTON, TEXAS**
*having applied to the Director of U.S. Citizenship and Immigration Services, for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on* **SEPTEMBER 13, 1972** *and is now in the United States.*

*Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this* **02** *day of* **DECEMBER** , **2021** *and the seal of the Department of Homeland Security affixed pursuant to statute.*

U. M. Jaddou

*U. S. Citizenship and Immigration Services*

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

## DEPARTMENT OF HOMELAND SECURITY

FORM N-560 (REV. 10/17)

Plaintiff's Exhibit "E"