# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:**    (956) 350-4243

**From:**    Yadira Juarez

**Company:**

**Phone:**    (855) 566-2729 * 105

**Fax:**    18555662729

**Date:**    12/08/2021

**Pages including this cover sheet:**    37

## Comments:

```
NOTICE OF INTENT TO FILE SUIT AND MITIGATE DAMAGES FOR THE UNLAWFUL
REMOVAL OF JORGE ANTONIO GUERRA QUEZADA, A U.S. CITIZEN
If you have any questions, please do not hesitate to contact me at
(972) 638-7901. This is my direct office line, and I will be
immediately available for the purpose of facilitating my client's
entry into the United States. Thank you for your time and attention
to this matter.
     Respectfully,
                                    /s/ Yadira Juarez
     Yadira Juarez
     Attorney at Law
```

Plaintiff's Exhibit "H"

# THE LAW OFFICE OF JOHN M. BRAY
## P L L C

CIVIL • CRIMINAL • IMMIGRATION

Hablamos español
Falamos português

Thursday, December 9, 2021

U.S. Customs and Border Protection
Brownsville/Gateway Port of Entry
1500 W. University Blvd.
Brownsville, TX 78520                              *via Hand-Delivery*

## NOTICE OF INTENT TO FILE SUIT AND MITIGATE DAMAGES FOR THE UNLAWFUL REMOVAL OF JORGE ANTONIO GUERRA QUEZADA, A U.S. CITIZEN

To Whom It May Concern:

I represent Jorge Antonio Guerra Quezada ("Mr. Guerra") who, as a citizen of the United States, seeks to exercise his *absolute right* to enter the United States. *See Nguyen v. INS*, 533 U.S. 53, 67 (2001) (recognizing U.S. citizens have "the *absolute right* to enter its borders") (emphasis added). This means that the U.S. Customs and Border Protection (CBP) and the U.S. Department of Homeland Security (DHS) *must* allow Mr. Guerra to enter the United States as is his right and privilege. Currently, Mr. Guerra is in the process of filing suit against the United States government for unlawfully removing him, a U.S. citizen.

**In order to mitigate damages, the CBP and DHS are hereby notified that any actions taken by an employee or agent of the federal government that in any way delay or deny Mr. Guerra entry into the United States constitutes tortious conduct that harms and injures my U.S. citizen client, and which he will seek monetary damages for. As such, I will personally depose all federal government employees, including CBP and DHS officials, who participate in delaying or denying Mr. Guerra entry into the United States.**

In support thereof, please find enclosed the following documentation:
- Form G-28, Notice of Appearance as Attorney or Accredited Representative;
- N-600 Receipt Notice;
- A copy of Mr. Guerra's N-600 application currently pending before USCIS; and
- Supporting evidence as delineated in the attached Index.

If you have any questions, please do not hesitate to contact me at (972) 638-7901. This is my direct office line, and I will be immediately available for the purpose of facilitating my client's entry into the United States. Thank you for your time and attention to this matter.

Respectfully,

Yadira Juarez
Attorney at Law

John M. Bray
Managing Attorney
john@jmblawfirm.com

www.jmblawfirm.com
1910 Pacific Avenue, Suite 8065, Dallas, Texas 75201
F. 214-960-4164

Yadira Juarez
Associate Attorney
yadira@jmblawfirm.com

**Plaintiff's Exhibit "H"**

## Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ 0 6 9 6 0 0 6 0 8 7 0 5

#### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)    **Juarez**

2.b. Given Name (First Name)    **Yadira**

2.c. Middle Name

#### Address of Attorney or Accredited Representative

3.a. Street Number and Name    **1910 Pacific Ave.**

3.b. ☐ Apt. ☒ Ste. ☐ Flr.    **8065**

3.c. City or Town    **Dallas**

3.d. State **TX**    3.e. ZIP Code **75201**

3.f. Province

3.g. Postal Code

3.h. Country    **USA**

#### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number    **8555662729**

5. Mobile Telephone Number (if any)    **8555662729**

6. Email Address (if any)    **yadira@jmblawfirm.com**

7. Fax Number (if any)    **2149604164**

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority

**Supreme Court of New Mexico**

1.b. Bar Number (if applicable)

**154151**

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)

**The Law Office of John M. Bray, PLLC.**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

**N/A**

2.c. Date of Accreditation (mm/dd/yyyy)

**N/A**

3. ☐ I am associated with

**N/A**

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

**N/A**

---

Form G-28   09/17/18

Plaintiff's Exhibit "H"

Page 1 of 4

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☒ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)
▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant    ☐ Petitioner    ☐ Requestor
☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   Guerra Quezada

**6.b.** Given Name (First Name)   Jorge

**6.c.** Middle Name   Antonio

**7.a.** Name of Entity (if applicable)   N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)   N/A

**8.** Client's USCIS Online Account Number (if any)
▶ N o n e

**9.** Client's Alien Registration Number (A-Number) (if any)
▶ A- 0 9 8 1 0 2 0 9 7

### Client's Contact Information

**10.** Daytime Telephone Number
6827160117

**11.** Mobile Telephone Number (if any)
6827160117

**12.** Email Address (if any)
j.a.guerra2015@gmail.com

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   c/o Jorge Guerra Vazquez, 1710 Wynn Terr

**13.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**13.c.** City or Town   Dallas

**13.d.** State   TX    **13.e.** ZIP Code   76010

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country   USA

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

Plaintiff's Exhibit "H"

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ Jorge Guerra-Quezada

**2.b.** Date of Signature (mm/dd/yyyy)   12/07/21

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

**1.b.** Date of Signature (mm/dd/yyyy)   12/07/2021

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

Plaintiff's Exhibit "H"

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)   Guerra Quezada

**1.b.** Given Name (First Name)   Jorge

**1.c.** Middle Name   Antonio

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

Form G-28   09/17/18

Plaintiff's Exhibit "H"

Page 4 of 4



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9115299995 | 004405850479 | N600 - APPLICATION FOR A CERTIFICATE OF CITIZENSHIP |
| Received Date 12/03/2021 | Priority Date 12/03/2021 | Applicant  A098 102 097  JORGE  ANTONIO  GUERRA QUEZADA |
| Notice Date 12/03/2021 | Page 1 of 1 | |

GUERRA QUEZADA, JORGE ANTONIO
c/o JORGE GUERRA VAZQUEZ
1710 WYNN TER
ARLINGTON  TX  76010-8247

**Notice Type:** Receipt Notice - COURTESY COPY
**Received Amount: $** 1170.00 U.S. Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.

If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

You will be notified separately about any other application, petition, or request you may have filed with us.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park  KS  66225
USCIS Contact Center: www.uscis.gov/contactcenter



<span style="color:red">Plaintiff's Exhibit "H"</span>



## Application for Certificate of Citizenship

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form N-600**
OMB No. 1615-0057
Expires 11/30/2021

| For USCIS Use Only | Date Stamp | Receipt | Action Block |
|---|---|---|---|
| | Remarks | | |

| To be completed by an attorney or BIA-accredited representative (if any) | ☒ Select this box if Form G-28 is attached to represent the applicant | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

► **START HERE - Type or print in black ink.**

## Part 1. Information About Your Eligibility

**Enter your 9 Digit A-Number**
► A- `098102097`

1. This application is being filed based on the fact that: (Select **only one** box)

   ☒ I am a BIOLOGICAL child of a U.S. citizen parent.    ☐ I am an ADOPTED child of a U.S. citizen parent.

   ☐ Other (Explain): _____

   **NOTE:** If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

## Part 2. Information About You

**NOTE:** Provide information about yourself if you are a person applying for the Certificate of Citizenship. **Provide information about your child** if you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child.

1. Your Current Legal Name (**do not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Guerra Quezada | Jorge | Antonio |

2. Your Name Exactly As It Appears on Your Permanent Resident Card (if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| GUERRA QUEZADA | JORGE A | |

3. Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Guerra | Jorge | |
| Guerra Quezada | Jorge | |

4. U.S. Social Security Number (if applicable)    5. USCIS Online Account Number (if any)
   ► `645381647`    ► _____

6. Date of Birth (mm/dd/yyyy)    7. Country of Birth
   `02/15/1993`    Mexico

8. Country of Prior Citizenship or Nationality    9. Gender
   Mexico    ☒ Male  ☐ Female

Plaintiff's Exhibit "H"

**Part 2. Information About You** (continued)                     A- 098102097

10. Mailing Address

In Care Of Name (if any)

> Jorge Guerra Vazquez

Street Number and Name                                   Apt. Ste.  Flr.  Number

> 1710 WYNN TER                            ☐   ☐   ☐

City or Town                                     State          ZIP Code + 4

> ARLINGTON                                TX            76010-8247

Province (foreign address only)     Postal Code (foreign address only)     Country (foreign address only)

>                                                                  United States

11. Physical Address

Street Number and Name (Do **not** provide a PO Box in this space unless it is your **ONLY address.**) Apt. Ste.  Flr.  Number

>                                                ☐   ☐   ☐

City or Town                                     State          ZIP Code + 4

>

Province (foreign address only)     Postal Code (foreign address only)     Country (foreign address only)

>

12. Current Marital Status

☒ Single, Never Married   ☐ Married   ☐ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

☐ Other (Explain):

13. U.S. Armed Forces

Are you a member or veteran of any branch of the U.S. Armed Forces?          ☐ Yes   ☒ No

14. Information About Your Admission into the United States and Current Immigration Status

A. I arrived in the following manner

Port-of-Entry                                          Date of Entry (mm/dd/yyyy)

> Harlingen TX                              02/23/2005

Exact Name Used at Time of Entry

Family Name (Last Name)                Given Name (First Name)          Middle Name

> GUERRA QUEZADA              JORGE A

B. I used the following travel document to be admitted to the United States

☐ Passport                    ☒ Travel Document

Passport Number                   Travel Document Number

>                                      MSC0412410240

Country of Issuance for Passport or     Date Passport or Travel Document
Travel Document                         Issued(mm/dd/yyyy)

> USA                              02/23/2005

---

Form N-600 11/08/19 N                  Electronic Form Only                  Page 2 of 16

**Plaintiff's Exhibit "H"**

## Part 2. Information About You (continued)

A- | 098102097

**C.** My most recent immigration status in the United States was:

☐ A Lawful Permanent Resident (LPR)   ☐ A Nonimmigrant   ☐ A Refugee/Asylee

☒ Other (Explain): | Applicant is a citizen of the United States and has been since February 23, 2005 pursuant to the Child C

**NOTE:** If you select "Other" and you need extra space to complete this section, use the space provided in **Part 11. Additional Information**

**D.** I obtained LPR status through adjustment of status in the United States or admissions as a LPR (if applicable)

Date I became a LPR
(mm/dd/yyyy)

U.S. Citizenship and Immigration Services (USICS) Office That Granted My LPR
Status or Location Where I was Admitted

**15.** Have you previously applied for a Certificate of Citizenship or U.S. Passport?   ☐ Yes   ☒ No

If you answered "Yes" to **Item Number 15.**, provide an explanation below. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

**16.** Have you ever abandoned or lost your LPR status?   ☒ Yes   ☐ No

If you answered "Yes" to **Item Number 16.**, provide an explanation below. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

**17.** Were you adopted?   ☐ Yes   ☒ No

If you answered "Yes" to **Item Number 17.**, complete **Items A. -D.**

**A.** Place of Final Adoption

City or Town                                        State        Country

**B.** Date of Adoption
(mm/dd/yyyy)

**C.** Date Legal Custody Began
(mm/dd/yyyy)

**D.** Date Physical Custody Began
(mm/dd/yyyy)

**18.** Did you have to be re-adopted in the United States   ☐ Yes   ☒ No

If you answered "Yes" to **Item Number 18.**, complete **Items A. -D.**

**A.** Place of Final Adoption

City or Town                                        State        Country

**B.** Date of Final Adoption
(mm/dd/yyyy)

**C.** Date Legal Custody Began
(mm/dd/yyyy)

**D.** Date Physical Custody Began
(mm/dd/yyyy)

**19.** Were your parents married to each other when you were born (or adopted)?   ☒ Yes   ☐ No

**20.** Did your parents marry after you were born?   ☐ Yes   ☒ No

**21.** Do you regularly reside in the United States in the legal and physical custody of your U.S. citizen parents?   ☒ Yes   ☐ No

Plaintiff's Exhibit "H"

## Part 2. Information About You (continued)

A- | 098102097

**22.** Have you been absent from the United States since you first arrived?    ☒ Yes    ☐ No

Complete the following information **only if you are claiming U.S. citizenship at the time of birth if you were born before October 10, 1952.** If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**

**A.** Date You Left the United States (mm/dd/yyyy)

**B.** Date You Returned to the United States (mm/dd/yyyy)

**C.** Place of Entry Upon Return to the United States

City or Town

State

**D.** Date You Left the United States (mm/dd/yyyy)

**E.** Date You Returned to the United States (mm/dd/yyyy)

**F.** Place of Entry Upon Return to the United States

City or Town

State

## Part 3. Biographic Information

**1.** Ethnicity (Select **only one** box)

☒ Hispanic or Latino    ☐ Not Hispanic or Latino

**2.** Race (Select **all applicable boxes**)

☐ American Indian or Alaska Native    ☐ Asian    ☐ Native Hawaiian or Other Pacific Islander

☐ Black or African American    ☒ White

**3.** Height    Feet | 6     Inches | 1    **4.** Weight    Pounds | 260

**5.** Eye color (Select **only one** box)

☐ Black    ☐ Blue    ☒ Brown    ☐ Gray    ☐ Green    ☐ Hazel    ☐ Maroon    ☐ Pink    ☐ Unknown/Other

**6.** Hair color (Select **only one** box)

☐ Bald (No hair)    ☒ Black    ☐ Blond    ☐ Brown    ☐ Gray    ☐ Red    ☐ Sandy    ☐ White    ☐ Unknown/Other

## Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father)

NOTE: Complete this section if you are claiming citizenship through a U.S. biological father (of adoptive father). **Provide information about yourself** if you are a U.S. citizen father applying for a Certificate of Citizenship on behalf of your minor biological or adopted child.

**1.** Current Legal Name of U.S. Citizen Father

Family Name (Last Name) | Guerra Vazquez

Given Name (First Name) | Jorge

Middle Name

Plaintiff's Exhibit "H"

## Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father) (continued)

A- 098102097

**2.** Date of Birth (mm/dd/yyyy)
09/13/1972

**3.** Country of Birth
Mexico

**4.** Country of Prior Citizenship or Nationality
United States

**5.** Physical Address

Street Number and Name (Type or print "Deceased" and the date of death if your father has passed away.)
1710 Wynn Terrace

Apt. ☐ Ste. ☐ Flr. ☐    Number

City or Town
Arlington

State
TX

ZIP Code + 4
76010

Province (foreign address only)

Postal Code (foreign address only)

Country (foreign address only)
United States

**6.** My father is a U.S. citizen by

☐ Birth in the United States    ☐ Acquisition after birth through naturalization of alien parent(s)

☒ Birth abroad to U.S. citizen parent(s)

Certificate of Citizenship Number
A3676513

Alien Registration Number (A-Number) (if any)
► A- 042326594

☐ Naturalization

Place of Naturalization (Name of Court or USCIS Office Location)

City or Town                                        State

Certificate of Naturalization Number        A-Number (if any)
                                            ► A-

Date of Naturalization (mm/dd/yyyy)

**7.** Has your father ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?    ☐ Yes    ☒ No

If you answered "Yes" to **Item Number 7.,** provide an explanation in **Part 11. Additional Information.**

**8.** Marital History

**A.** How many times has your U.S. citizen father been married (including annulled marriages and marriages to the same person)?    1

**B.** What is your U.S. citizen father's current marital status?

☐ Single, Never Married    ☐ Married    ☒ Divorced    ☐ Widowed    ☐ Separated    ☐ Marriage Annulled

☐ Other (Explain):

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**

Plaintiff's Exhibit "H"

**Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father)** (continued)   **A-** 098102097

9. Information About U.S. Citizen Father's Current Spouse

   **A.**  Family Name (Last Name)           Given Name (First Name)           Middle Name

   **B.**  Date of Birth (mm/dd/yyyy)    **C.**    Country of Birth

   **D.**  Country of Prior Citizenship or Nationality

   **E.**  Spouse's Physical Address

   Street Number and Name                                        Apt. Ste. Flr.  Number

   City or Town                                            State       ZIP Code + 4

   Province (foreign address only)      Postal Code (foreign address only)      Country (foreign address only)

   **F.**  Date of Marriage (mm/dd/yyyy)

   **G.**  Place of Marriage

   City or Town                         State          Country

   **H.**  Spouse's Immigration Status

   ☐ U.S.Citizen    ☐ Lawful Permanent Resident

   ☐ Other (Explain)

   If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

   **I.**  Is your U.S. citizen father's current spouse also your biological (or adopted) mother?      ☐ Yes    ☐ No

**Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother)**

**NOTE:** Complete this section if you are claiming citizenship through a U.S. citizen biological mother (or adoptive mother). **Provide information about yourself** if you are a U.S. citizen mother applying for a Certificate of Citizenship on behalf of your minor biological or adopted child.

1. Current Legal Name of U.S. Citizen Mother

   Family Name (Last Name)           Given Name (First Name)           Middle Name

2. Date of Birth (mm/dd/yyyy)    **3.**    Country of Birth    **4.**    Country of Prior Citizenship or Nationality

Plaintiff's Exhibit "H"

**Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother)** (continued)

A- | 098102097

5. Physical Address

Street Number and Name (Type or print "Deceased" and the date of death if your father has passed away.)    Apt.   Ste.   Flr.   Number

☐ ☐ ☐

City or Town     State     ZIP Code + 4

Province (foreign address only)    Postal Code (foreign address only)    Country (foreign address only)

6. My mother is a U.S. citizen by

☐ Birth in the United States    ☐ Acquisition after birth through naturalization of alien parent(s)

☐ Birth abroad to U.S. citizen parent(s)

    Certificate of Citizenship Number     Alien Registration Number (A-Number) (if any)

    ▶ A-

☐ Naturalization

    Place of Naturalization (Name of Court or USCIS Office Location)

    City or Town     State

    Certificate of Naturalization Number    A-Number (if any)    Date of Naturalization (mm/dd/yyyy)

    ▶ A-

7. Has your mother ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?    ☐ Yes    ☐ No

    If you answered "Yes" to **Item Number 7.,** provide an explanation in **Part 11. Additional Information.**

8. **Marital History**

   A.   How many times has your U.S. citizen mother been married (including annulled marriages and marriages to the same person)?

   B.   What is your U.S. citizen mother's current marital status?

     ☐ Single, Never Married   ☐ Married   ☐ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

     ☐ Other (Explain):

    If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**

9. Information About U.S. Citizen Mother's Current Spouse

   A.   Family Name (Last Name)     Given Name (First Name)     Middle Name

   B.   Date of Birth (mm/dd/yyyy)    C.   Country of Birth

Plaintiff's Exhibit "H"

## Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother) (continued)

A- 098102097

**D.** Country of Prior Citizenship or Nationality

**E.** Spouse's Physical Address

Street Number and Name    Apt. Ste. Flr.   Number

City or Town    State    ZIP Code + 4

Province (foreign address only)    Postal Code (foreign address only)    Country (foreign address only)

**F.** Date of Marriage (mm/dd/yyyy)

**G.** Place of Marriage

City or Town    State    Country

**H.** Spouse's Immigration Status

☐ U.S.Citizen    ☐ Lawful Permanent Resident

☐ Other (Explain)

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

**I.** Is your U.S. citizen mother's current spouse also your biological (or adopted) father?    ☐ Yes    ☐ No

## Part 6. Physical Presence in the United States From Birth Until Filing of Form N-600

**NOTE:** Only applicants born outside the United States claiming to have been born U.S. citizens are required to provide all the dates when your U.S. citizen biological father or U.S. citizen biological mother resided in the United States. **Include all dates from your birth until the date you file your Form N-600.**

**1.** Indicate whether this information relates to your U.S. citizen father or mother

☒ U.S.Citizen Father   ☐ U.S.Citizen Mother

**2.** Physical Presence in the United States

| | From (mm/dd/yyyy) | To (mm/dd/yyyy) | | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|---|---|---|
| **A.** | 02/15/1993 | 12/03/2021 | **B.** | | |
| **C.** | | | **D.** | | |
| **E.** | | | **F.** | | |
| **G.** | | | **H.** | | |

Plaintiff's Exhibit "H"

| **Part 7. Information About Military Service of U.S. Citizen Parents** | **A-** | 098102097 |
|---|---|---|

NOTE: Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad.

1. Has your U.S. citizen parent served in the U.S. Armed Forces?     ☐ Yes     ☒ No

2. If you answered "Yes" to **Item Number 1.,** which parent served in the U.S. Armed Forces?
   ☐ U.S.Citizen Father  ☐ U.S.Citizen Mother

3. Dates of Service (mm/dd/yyyy) (If time of service fulfills any of the required physical presence, submit evidence of the service.)

   **A.** From (mm/dd/yyyy)    To (mm/dd/yyyy)    **B.** From (mm/dd/yyyy)    To (mm/dd/yyyy)

   | | | | |
   |---|---|---|---|

4. Type of Discharge
   ☐ Honorable    ☐ Other than Honorable    ☐ Dishonorable

---

| **Part 8. Applicant's Statement, Contact Information, Certification, and Signature** |
|---|

NOTE: Read the **Penalties** section of the Form N-600 Instructions before completing this part.

### *Applicant's Statement*

NOTE: Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

1. Applicant's Statement Regarding the Interpreter

   **A.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

   **B.** ☐ The interpreter named in **Part 9.** read to me every question and instruction on this application and my answer to every question in [_____] , a language in which I am fluent and I understood everything.

2. Applicant's Statement Regarding the Preparer

   ☐ At my request, the preparer named in **Part 10.,** [Yadira Juarez] prepared this application for my based only upon information I provided or authorized.

### *Applicant's Contact Information*

3. Applicant's Daytime Telephone Number
   00016827160117

4. Applicant's Mobile Telephone Number (if any)
   00016827160117

5. Applicant's Email Address (if any)
   j.a.guerra2015@gmail.com

### *Applicant's Certification*

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this application, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

---

Plaintiff's Exhibit "H"

## Part 8. Applicant's Statement, Contact Information, Certification, and Signature (continued)

A- 098102097

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign and oath reaffirming that:

1) I reviewed and provided or authorized all of the information in my application;
2) I understood all of the information contained in, and submitted with, my application; and
3) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct.

### *Applicant's Signature*

6. Applicant's Signature

▶ Jorge Antonio Guerra Quezada

Date of Signature (mm/dd/yyyy)

12/03/2021

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### *Interpreter's Full Name*

1. Interpreter's Family Name (Last Name)

Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name (if any)

### *Interpreter's Mailing Address*

Street Number and Name

Apt. Ste. Flr. Number

City or Town

State

ZIP Code + 4

Province (foreign address only)

Postal Code (foreign address only)

Country (foreign address only)

### *Interpreter's Contact Information*

4. Interpreter's Daytime Telephone Number

5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

Plaintiff's Exhibit "H"

## Part 9. Interpreter's Contact Information, Certification, and Signature (continued)

A- `098102097`

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [                    ], which is the same language specified in **Part 8., Item B. in Item Number 1.,** and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on this application, including the **Applicant's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

7.  Interpreter's Signature

Date of Signature (mm/dd/yyyy)

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

1.  Preparer's Family Name (Last Name)

`Juarez`

Preparer's Given Name (First Name)

`Yadira`

2.  Preparer's Business or Organization Name (if any)

`The Law Office of John M. Bray`

### Preparer's Mailing Address

Street Number and Name

`1910 Pacific Ave`

Apt. Ste. Flr. ☐ ☒ ☐  Number `8065`

City or Town

`Dallas`

State `TX`

ZIP Code + 4 `75201`

Province (foreign address only)

Postal Code (foreign address only)

Country (foreign address only)

`United States`

### Preparer's Contact Information

4.  Preparer's Daytime Telephone Number

`8555662729`

5.  Preparer's Mobile Telephone Number (if any)

`8555662729`

6.  Preparer's Email Address (if any)

`yadira@jmblawfirm.com`

Plaintiff's Exhibit "H"

**Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant**

A- 098102097

### Preparer's Statement

7. **A.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

   **B.** ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☒ does not extend beyond the preparation of this application.

   **NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative with this application

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Certification**, and all that this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8. Signature of Preparer

Yadira Juarez

Date of Signature (mm/dd/yyyy)

12/03/2021

Electronic Form Only

Plaintiff's Exhibit "H"

## Part 11. Additional Information

A- 098102097

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

1. Family Name (Last Name)

   Guerra Quezada

   Given Name (First Name)

   Jorge

   Middle Name

   Antonio

2. A-Number (if any)     ▶ A-

3.

| Part Number | Item Number | Page Number | Explanation |
|---|---|---|---|
| | | | |

Electronic

Form

Only

Plaintiff's Exhibit "H"

**NOTE: Do not complete parts 12. and 13. unless the USCIS officer instructs you to do so at the interview.**

**Part 12. Affidavit** (do **NOT** complete this part unless instructed to do so **AT THE INTERVIEW)**

A- 098102097

I, the (applicant, parent, or legal guardian) _____ do swear or affirm, under penalty of perjury under the laws of the United States, that I know and understand the contents of this application signed by me, and the attached supplementary pages number _____ to _____ inclusive, that the same are true and correct to the best of my knowledge, and that corrections number _____ to _____ were made by me or at my request.

Applicant's, Parent's, or Legal Guardian's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

Subscribed and sworn or affirmed before me upon examination of the applicant (parent, legal guardian) on

at _____

(Location)

Date (mm/dd/yyyy)

USCIS Officer's Printed Name

USCIS Officer's Title

USCIS Officer's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

**Part 13. Officer Report and Recommendation on Application for Certificate of Citizenship (for USCIS use ONLY)**

On the basis of the documents, records, the testimony of persons examined, and the identification upon personal appearance of the underage beneficiary, I find that all the facts and conclusions set forth under oath in this application are:

1. ☐ True and correct.

2. ☐ The applicant derived or acquired U.S. citizenship on

   Date (mm/dd/yyyy)

3. ☐ The applicant derived or acquired U.S. citizenship through (Select the box next to the appropriate section of law, or if the section of law is not reflected, type or print the applicable section of law in the space next to "Other.")

   A. ☐ INA Section 301

   B. ☐ INA Section 309

   C. ☐ INA Section 320

   D. ☐ INA Section 321

   E. ☐ Other

4. ☐ The applicant has not been expatriated since that time

---

Form N-600 11/08/19 N

Plaintiff's Exhibit "H"

**Part 13. Officer Report and Recommendation on Application for Certificate of Citizenship** (for USCIS use **ONLY**) (continued)

A- 098102097

**I recommend that this Form N-600 be:** ☐ **Approved**    ☐ **Denied**

Issue Certificate of Citizenship in the Name of

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

| USCIS Officer's Printed Name | USCIS Officer's Title |
|---|---|
| | |

| USCIS Officer's Signature (Sign in ink) | Date of Signature (mm/dd/yyyy) |
|---|---|
| | |

☐ I do    ☐ do not concur with the USCIS Officer's recommendation of Form N-600.

| USCIS District Director's or Field Office Director's Signature (Sign in ink) | Date of Signature (mm/dd/yyyy) |
|---|---|
| | |

Electronic Form Only

Plaintiff's Exhibit "H"

## Evidence Submitted

| File Name | Document Category |
|---|---|
| Preparer Contact Information Certification and Signature for Jorge Antonio Guerra Quezada.pdf | Other |
| Passport-style photo - Jorge Antonio Guerra Quezada A098-102-097.jpg | Applicant Photo |
| Birth certificate of Jorge Antonio Guerra Quezada A098-102-097.pdf | Identity/Travel Documents |
| LPR Card - Jorge Antonio Guerra Quezada A098-102-097.pdf | Identity/Travel Documents |
| Proof of Physical and Legal Custody – Jorge Antonio Guerra Quezada A098-102-097.pdf | Other |
| Certificate of Citizenship for Jorge Guerra Vazquez.pdf | Other |
| Birth certificate of Jorge Guerra Vazquez.pdf | Other |

Electronic

Form

Only

Plaintiff's Exhibit "H"

**Applicant:**      **Jorge Antonio Guerra Quezada**
**File No.**      **A098-102-097**

## INDEX OF SUPPORTING DOCUMENTS FOR N-600

**Exhibit**      **Description**

   A      **Certificate of Citizenship for Applicant's Father, Jorge Guerra Vazquez**

   B      **Evidence that Applicant is Biological Child of U.S. Citizen Parent**
   - Birth certificate with certified translation
   - Marriage certificate with certified translation

   C      **Evidence of Lawful Admission for Permanent Residence Prior To Eighteen Years of Age**
   - Lawful Permanent Resident (LPR) card

   D      **Evidence that Applicant was Residing in Legal and Physical Custody of U.S. Citizen Parent on February 23, 2005**
   - Arlington Independent School District letter (dated: August 1, 2005)

Plaintiff's Exhibit "H"

# EXHIBIT A

Plaintiff's Exhibit "H"



# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. A3676513

USCIS Registration No. A042 326 594

Personal description of holder as of date of issuance of this certificate: Sex  MALE  ; Date of birth  SEPTEMBER 13, 1972  ;
Height  5 feet  07 inches; Marital status  MARRIED  ; Country of birth  MEXICO

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me

Jorge Guerra Vazquez
(Complete and true signature of holder)



Be it known that:   JORGE GUERRA VAZQUEZ

now residing at   ARLINGTON, TEXAS
having applied to the Director of U.S. Citizenship and Immigration Services for a certificate
of citizenship pursuant to Section 341 of the Immigration and Nationality Act,
having proved to the satisfaction of the Director, that (s)he is  now a citizen of the
United States of America, became a citizen thereof on  SEPTEMBER 13, 1972
and is now in the United States.

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration
and Nationality Act, this certificate of citizenship is issued this  02  day of  DECEMBER  ,
2021    and the seal of the Department of Homeland Security
affixed pursuant to statute.

M. M. Jaddou
U.S. Citizenship and Immigration Services



FORM N-560 (REV. 10/17)

ALTERATION OR MISUSE OF THIS DOCUMENT IS
A FEDERAL OFFENSE AND PUNISHABLE BY LAW

## DEPARTMENT OF HOMELAND SECURITY

Plaintiff's Exhibit "H"

# EXHIBIT B

Plaintiff's Exhibit "H"



# GOBIERNO DEL ESTADO DE TAMAULIPAS
## REGISTRO CIVIL



*EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, CERTIFICO QUE EN LA OFICIALIA 2da. DEL REGISTRO CIVIL EN H. MATAMOROS OBRA ASENTADA UNA ACTA DE NACIMIENTO QUE CONTIENE LOS SIGUIENTES DATOS :*

# ACTA DE NACIMIENTO

*OFICIALIA :* 2         *LIBRO No.* 6          *ACTA No* 1050
*FECHA DE REGISTRO :* 15/03/1993      *LUGAR DEL REGISTRO :* H. MATAMOROS, TAMAULIPAS

*CURP :* = = = = =                                          *CRIP :* 280220293010501

*NOMBRE :* JORGE ANTONIO GUERRA QUEZADA                        *SEXO :* MASCULINO
*FECHA DE NACIMIENTO :* 15/02/1993                             *HORA DE NACIMIENTO :* 05:00
*LUGAR DE NACIMIENTO :* HEROICA MATAMOROS, TAMAULIPAS.
*CERTIFICADO NACIMIENTO :* = = = = =        *COMPARECIO :* AMBOS          *PRESENTADO :* VIVO

*NOMBRE DEL PADRE :* JORGE GUERRA VAZQUEZ                      *NACIONALIDAD :* MEXICANA
*DOMICILIO HABITUAL :* CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. 0       *EDAD :* 20 AÑOS

*NOMBRE DE LA MADRE :* MARIA GUADALUPE QUEZADA ARGUIJO         *NACIONALIDAD :* MEXICANA
*DOMICILIO HABITUAL :* CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. 0       *EDAD :* 18 AÑOS

*ABUELO PATERNO :* ANTONIO GUERRA RODRIGUEZ                    *NACIONALIDAD :* MEXICANA
*ABUELA PATERNA :* PAULA VAZQUEZ BELMARES                      *NACIONALIDAD :* MEXICANA
*ABUELO MATERNO :* GUADALUPE QUEZADA BECERRA                   *NACIONALIDAD :* MEXICANA
*ABUELA MATERNA :* ESTHER ARGUIJO SANCHEZ                      *NACIONALIDAD :* MEXICANA

*TESTIGO :* MARIO NEVAREZ                       *EDAD :* 36 AÑOS     *NACIONALIDAD :* MEXICANA
*TESTIGO :* OSCAR MARTINEZ                      *EDAD :* 39 AÑOS     *NACIONALIDAD :* MEXICANA

*PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO :*
*NOMBRE :* = = = = = = = = = = =              *EDAD :* = =          *NACIONALIDAD :* = = = = =
*DOMICILIO :* = = = = = = = = = = =                                 *PARENTESCO :* = = = = =

*SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN H. MATAMOROS A LOS 28 DIAS DEL MES DE JUNIO DEL 2002 DOY FE.*

*SELLO DE LA OFICIALIA*
*DEL REGISTRO CIVIL*

*OFICIAL 2o. DEL REGISTRO CIVIL*
**PROFR. GILBERTO CANTU PEREZ**

OFICIALIA 2°
REGISTRO CIVIL
H. Matamoros, Tam.

COTEJO

$100.00            286-99 RAG        Plaintiff's Exhibit "H"        FOLIO 0421550

# GOVERNMENT OF THE STATE OF TAMAULIPAS

## CIVIL REGISTRY

*IN THE NAME OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS, I CERTIFY THAT IN 2nd OFFICE OF THE CIVIL REGISTRY IN H. MATAMOROS THERE IS A BIRTH CERTIFICATE WHICH CONTAINS THE FOLLOWING DATA:*

## BIRTH CERTIFICATE

OFFICE: **2**    BOOK No.: **6**    CERTIFICATE No.: **1050**

REGISTRY DATE: **15/03/1993**    PLACE OF REGISTRY:  **H. MATAMOROS, TAMAULIPAS**

CURP: =========    CRIP: **280220293010501**

NAME:    **JORGE ANTONIO GUERRA QUEZADA**    GENDER:    **MALE**

DATE OF BIRTH:    **15/02/1993**    TIME OF BIRTH: 05:00

PLACE OF BIRTH:    **HEROICA MATAMOROS, TAMAULIPAS**

BIRTH CERTIFICATE:    = = = = = =    APPEARED: **BOTH**    **PRESENTED:**  **ALIVE**

NAME OF FATHER:    **JORGE GUERRA VAZQUEZ**    NATIONALITY:    **MEXICAN**

CURRENT ADDRESS:    **CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. O**    AGE: **20** YEARS

NAME OF MOTHER:    **MARIA GUADALUPE QUEZADA ARGUIJO**    NATIONALITY:    **MEXICAN**

CURRENT ADDRESS:    **CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. O**    AGE: **18** YEARS

PATERNAL GRANDFATHER:    **ANTONIO GUERRA RODRIGUEZ**    NATIONALITY:    **MEXICAN**

PATERNAL GRANDMOTHER:  **PAULA VAZQUEZ BELMARES**    NATIONALITY:    **MEXICAN**

MATERNAL GRANDFATHER:  **GUADALUPE QUEZADA BECERRA**    NATIONALITY:    **MEXICAN**

MATERNAL GRANDMOTHER:  **ESTHER ARGUIJO SANCHEZ**    NATIONALITY:    **MEXICAN**

WITNESS:    **MARIO NEVAREZ**    AGE: **36** YEARS    NATIONALITY:    **MEXICAN**

WITNESS:    **OSCAR MARTINEZ**    AGE: **39** YEARS    NATIONALITY:    **MEXICAN**

**PERSON OTHER THAN PARENTS THAT PRESENTS THE REGISTERED:**

NAME: ========    AGE:==    NATIONALITY:  ======

ADDRESS: ========    RELATIONSHIP: =======

THIS CERTIFICATE IS ISSUED ACCORDING TO ARTICLE 31 OF THE CIVIL CODE IN THE STATE OF TAMAULIPAS, IN H. MATAMOROS ON JUNE 28, 2002. I ATTEST.

STAMP OF THE CIVIL REGISTRY

OFFICER 1 OF THE CIVIL REGISTRY

*GILBERTO CANTU PEREZ*

FOLIO 0421550

Plaintiff's Exhibit "H"

## CERTIFICATE OF TRANSLATION

I, Alexa Romero Rossoni, am competent to translate from Spanish to English, and certify that the translation of "Birth Certificate of Jorge Antonio Guerra Quezada" is true and accurate to the best of my abilities.

**Alexa Romero Rossoni**

**Av. Sta Fe 105**

**Santiago de Querétaro, México**

Plaintiff's Exhibit "H"





FOLIO
A28 3415696

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, Y COMO OFICIAL 2o. DEL
REGISTRO CIVIL CERTIFICO QUE EN LA OFICIALIA 2da. DEL REGISTRO CIVIL EN
MATAMOROS OBRA ASENTADA UNA ACTA DE MATRIMONIO QUE CONTIENE LOS
SIGUIENTES DATOS:

# ACTA DE MATRIMONIO

OFICIALIA No.  2    LIBRO No.  5    ACTA No.  980    FOJA No.  980

FECHA DE REGISTRO : 04/12/1991    LUGAR :  MATAMOROS, TAMAULIPAS

CONTRAYENTE :  JORGE GUERRA VAZQUEZ    SEXO : = = = = =    NACIONALIDAD : MEXICANA
LUGAR DE NACIMIENTO : HEROICA MATAMOROS, MATAMOROS, TAMAULIPAS, MEXICO    CURP : = = = = =    EDAD : 19 AÑOS

CONTRAYENTE :  MARIA GUADALUPE QUEZADA ARGUIJO    SEXO : = = = = =    NACIONALIDAD : MEXICANA
LUGAR DE NACIMIENTO : HEROICA MATAMOROS, MATAMOROS, TAMAULIPAS, MEXICO    CURP : = = = = =    EDAD : 17 AÑOS

PADRE :  ANTONIO GUERRA RODRIGUEZ    NACIONALIDAD : MEXICANA
MADRE :  PAULA VAZQUEZ BELMARES    NACIONALIDAD : MEXICANA

PADRE :  GUADALUPE QUEZADA BECERRA    NACIONALIDAD : MEXICANA
MADRE :  ESTHER ARGUIJO SANCHEZ    NACIONALIDAD : MEXICANA

TESTIGO :  QUIRINA GONZALEZ DF GONZALEZ    NACIONALIDAD : MEXICANA    EDAD : 29 AÑOS
TESTIGO :  MANUEL GONZALEZ AVILA    NACIONALIDAD : MEXICANA    EDAD : 29 AÑOS
TESTIGO :  ELVIA GUERRA VAZQUEZ    NACIONALIDAD : MEXICANA    EDAD : 27 AÑOS
TESTIGO :  FRANCISCO GARCIA    NACIONALIDAD : MEXICANA    EDAD : 31 AÑOS

ESTE CONTRATO DE MATRIMONIO ESTA SUJETO AL REGIMEN DE :  SOCIEDAD CONYUGAL

LA PRESENTE ACTA TIENE LAS SIGUIENTES ANOTACIONES :
PRESENTE EN ESTE ACTO LOS PADRES DE LA CONTRAYENTE

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN
MATAMOROS A LOS 24 DIAS DEL MES DE NOVIEMBRE DEL 2021. DOY FE.

SELLO DEL
REGISTRO CIVIL



Gobierno del Estado de Tamaulipas
Secretaria General de Gobierno
OFICIALIA 2o DE MATAMOROS



3280220002199100980 0

C. TERESA DE JESUS BAZAN SANCHEZ
OFICIAL 2o. DEL REGISTRO CIVIL

COSTO $90.00

Plaintiff's Exhibit "H"



FOLIO

A28 3415696

IN THE NAME OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS, AND AS 2nd OFFICER OF THE CIVIL REGISTRY I CERTIFY THAT IN THE 2nd OFFICE OF THE CIVIL REGISTRY IN MATAMOROS THERE IS A MARRIAGE CERTIFICATE, WHICH CONTAINS THE FOLLOWING DATA:

# MARRIAGE CERTIFICATE

OFFICE: **2**    BOOK NO.    **5**    CERTIFICATE NO.    **980**    PAGE No.: **980**

DATE OF REGISTRY: **04/12/1991**    PLACE:    **MATAMOROS, TAMAULIPAS**

## CONTRACTING PARTIES

CONTRACTING PARTY: **JORGE GUERRA VAZQUEZ**    GENDER: = = = = NATIONALITY: **MEXICAN**

PLACE OF BIRTH: **HEROICA MATAMOROS, MATAMOROS, TAMAULIPAS, MEXICO**    CURP: = = = =    AGE: **19 YEARS OLD**

CONTRACTING PARTY: **MARIA GUADALUPE QUEZADA ARGUIJO**    GENDER: = = = = NATIONALITY: **MEXICAN**

PLACE OF BIRTH: **HEROICA MATAMOROS, MATAMOROS, TAMAULIPAS, MEXICO**    CURP: = = = =    AGE: **17 YEARS OLD**

## PARENTS OF THE GROOM

FATHER: **ANTONIO GUERRA RODRIGUEZ**    NATIONALITY: **MEXICAN**
MOTHER: **PAULA VAZQUEZ BELMARES**    NATIONALITY: **MEXICAN**

## PARENTS OF THE BRIDE

FATHER: **GUADALUPE QUEZADA BECERRA**    NATIONALITY: **MEXICAN**
MOTHER: **ESTHER ARGUIJO SANCHEZ**    NATIONALITY: **MEXICAN**

## WITNESSES

WITNESS: **QUIRINA GONZALEZ DE GONZALEZ**    NATIONALITY: **MEXICAN**    AGE: **29 YEARS OLD**
WITNESS: **MANUEL GONZALEZ  AVILA**    NATIONALITY: **MEXICAN**    AGE: **29 YEARS OLD**

WITNESS: **ELVIA GUERRA VAZQUEZ**    NATIONALITY: **MEXICAN**    AGE: **27 YEARS OLD**
WITNESS: **FRANCISCO GARCIA**    NATIONALITY: **MEXICAN**    AGE: **31 YEARS OLD**

MARRIAGE SUBJECT TO THE REGIMEN OF: **MARITAL PARTNERSHIP**

THIS CERTIFICATE HAS THE FOLLOWING NOTES:
THE PARENTS OF THE CONTRACTING PARTY ARE PRESENT IN THIS ACT.

THIS CERTIFICATE IS ISSUED, ACCORDING TO ARTICLE 31 OF THE CURRENT CIVIL CODE IN THE STATE OF TAMAULIPAS, MATAMOROS ON NOVEMBER 24, 2021. I ATTEST.

TERESA DE JESUS BAZAN SANCHEZ

*2nd OFFICER OF THE CIVIL REGISTRY*

COST: $90.00

Plaintiff's Exhibit "H"

## CERTIFICATE OF TRANSLATION

I, Alexa Romero Rossoni, am competent to translate from Spanish to English, and certify that the translation of "Marriage Certificate of Jorge Guerra Vazquez and Maria Guadalupe Quezada Arguijo" is true and accurate to the best of my abilities.

**Alexa Romero Rossoni**

**Av. Sta Fe 105**

**Santiago de Querétaro, México**

Plaintiff's Exhibit "H"

# EXHIBIT C



Plaintiff's Exhibit "H"

# EXHIBIT D

Plaintiff's Exhibit "H"

**Arlington Independent School District**
**Food and Nutrition Services**
**1206 West Arkansas Lane**
**Arlington, TX 76013**
**817- 459-7891**

Jorge Guerra
3100 Shenandoah
Arlington TX 76014

8/1/2005

Household number: 56823

Your application for Free or Reduced priced meals for your child(ren) was processed on 8/1/2005. **The application was approved for free meals.** As a result your children have been assigned the following eligibilities:

| Name | ID | Reason | Eligibility | School # |
|------|------|--------|-------------|----------|
| Guerra Jesus A | 278513 | Income | Free/ Gratis | 0119 |
| Guerra Jorge | 278260 | Income | Free/ Gratis | 0046 |

If approved for REDUCED price meals, the cost is $.40(lunch) and $.30(breakfast) per child each day.

If you disagree with your eligibility determination, you may discuss it with the Lunch Program Office, phone (817) 459-7891. If you are not satisfied with the determination, you also have a right to a fair hearing. This can be done by calling or writing to: Director of Food & Nutrition Services, 1206 West Arkansas Lane, Arlington, Texas, 76013, phone (817)459-7889.

If your child is approved for meal benefits based on household income, you must notify the Lunch Program Office when your household income is increased by more than $50 a month, or $600 per year or when number of household members decreases. If your child is approved for meal benefits based on eligibility for Food Stamps or TANF, you must notify the Lunch Program Office when you no longer receive Food Stamps or TANF for your child.

Lunch Program Office
Food & Nutrition Services

**\*Privacy Act Statement:** You must give the Social Security Number of each adult household member or mark the "No Social Security Number" box. This is required by Section 9 of the National School Lunch Act. We may use the Social Security Number to check the information you provide about your household income. You do not have to give your Social Security Number or mark the "No Social Security Number" box, but if you do not, your children will stop receiving free or reduced-price meals.

**Non-Discrimination Statement:** In accordance with Federal law and U.S. Department of Agriculture policy, this institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, or disability. To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington D.C. 20250-9410 or call 202/720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

 **Gmail**

Yadira Juarez <yadira@jmblawfirm.com>

# NOTICE OF INTENT TO FILE SUIT AND MITIGATE DAMAGES - Jorge Antonio Guerra Quezada

1 message

**Yadira Juarez** <yadira@jmblawfirm.com>                    Wed, Dec 8, 2021 at 4:48 PM
To: brownsvilleopscenter@cbp.dhs.gov
Cc: Jorge Guerra <j.a.guerra2015@gmail.com>, John Bray <john@jmblawfirm.com>

To Whom It May Concern:

I represent Jorge Antonio Guerra Quezada ("Mr. Guerra") who, as a citizen of the United States, seeks to exercise his *absolute right* to enter the United States. *See Nguyen v. INS*, 533 U.S. 53, 67 (2001) (recognizing U.S. citizens have "the *absolute right* to enter its borders") (emphasis added). This means that the U.S. Customs and Border Protection (CBP) and the U.S. Department of Homeland Security (DHS) *must* allow Mr. Guerra to enter the United States when he attempts to enter the country, as is his right and privilege. Currently, Mr. Guerra is in the process of filing suit against the United States government for unlawfully removing him, a U.S. citizen.

==In order to mitigate damages, the CBP and DHS are hereby notified that any actions taken by an employee or agent of the federal government that in any way delay or deny Mr. Guerra entry into the United States constitutes tortious conduct that harms and injures my U.S. citizen client, and which he will seek monetary damages for. As such, I will personally depose all federal government employees, including CBP and DHS officials, who participate in delaying or denying Mr. Guerra entry into the United States.==

Please contact me at your earliest convenience to discuss the matter. My direct office line is (972) 638-7901. I will be immediately available for the purpose of facilitating my client's entry into the United States. Thank you for your time and attention to this matter.

Respectfully,

•   •   •   •   •   •   •   •   •   •   •   •   •

Yadira Juarez
Attorney at Law

The Law Office of John M. Bray, PLLC.
1910 Pacific Avenue, Suite 8065
Dallas, TX 75201
T. 855-566-2729  •  F. 214-960-4164
yadira@jmblawfirm.com

---

**2 attachments**

📄 **G-28 for Yadira Juarez - Jorge Antonio Guerra Quezada.pdf**
6364K

📄 **Notice of Intent to File Suit and Mitigate Damages for Unlawful Removal of Jorge Antonio Guerra Quezada - a U.S. citizen 1.pdf**
3050K

Plaintiff's Exhibit "H"