Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | August 23, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| N-600, Application for Certificate of Citizenship | A042326594 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0913134856 | August 19, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | September 13, 1972 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,170.00 |
| Total Amount Received: | $1,170.00 |
| Total Balance Due: | $0.00 |

JORGE GUERRA VAZQUEZ
C/O YADIRA JUAREZ THE LAW OFFICE OF JOHN M BRAY
1910 PACIFIC AVE. STE 8065
DALLAS, TX 75201

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**SCANNED**

AUG 30 2021

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648005 | |
| Lee's Summit, MO 64002 | |



Plaintiff's Exhibit "I"



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19