# Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0913134856 | 049636183296 | N600 - APPLICATION FOR A CERTIFICATE OF CITIZENSHIP |
| Received Date | Priority Date | Applicant |
| 08/19/2021 | | A042 326 594 |
| | | JORGE GUERRA VAZQUEZ |
| Notice Date | Page | |
| 11/09/2021 | 1 of 1 | |

JORGE GUERRA VAZQUEZ
c/o YADIRA JUAREZ
THE LAW OFFICE OF JOHN M BRAY
1910 PACIFIC AVE. STE 8065
DALLAS TX 75201

**Please come to:**

6500 Campus Circle Drive East
Irving, TX 75063

**On (Date):** Thursday, December 02, 2021
**At (Time):** 09:00AM

Your application for Certificate of Citizenship has been completed. Please come to the location listed above to receive your Certificate of Citizenship. The appointment will begin at the time indicated above.

If you are age 14 or older you are also required to take an Oath of Allegiance to the United States prior to the issuance of a Certificate of Citizenship. Applicants 14 or older will complete an ADMINISTRATION OF OATH at the time and place listed above.

*To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are ill, have any symptoms of illness, have traveled outside the United States within the past 10 days* (unless you traveled outside of the United States in a personal vehicle); or had contact with a person who tested positive for COVID-19 within the past 14 days; or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled. If you have been fully vaccinated for COVID-19 (defined as at least 2 weeks after second dose of Pfizer and Moderna vaccine, or 2 weeks after single J&J vaccine), you do not need to reschedule after contact with a positive person as long as you continue to not have symptoms.

*COVID-19 Safety Precautions* - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 30 minutes prior to your appointment time. You will not be permitted entry into the office until 30 minutes before your appointment.
- Unless you and anyone permitted to come with you to your appointment (as explained in the section, "Who should come with you?" below) are fully vaccinated, you must wear a face covering that covers the mouth and nose.
- Bring a black or blue ink pen with you to your appointment.

*Who should come with you? Only the following people may come with you to your appointment:*
- **If you do not speak English fluently and are eligible to take the interview in a language other than English, you should arrange to have an interpreter available by phone. Do not bring an interpreter to the appointment.** If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment, or be available via phone.
- If you have a disability and have an individual who assists you, that individual may come with you.

You must surrender your alien registration card (and any United States travel documents) at this appointment. Bring this notice, your alien registration card (and travel documents), and if your alien registration card was issued more than ten years ago, recent legal photo identification (i.e. a driver's license or passport) to the appointment. Please be advised, proper identification is also required to enter the building.

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at **1-800-375-5283** (TTY: **1-800-767-1833**) as soon as possible, **even if you indicated on your application that you require an accommodation.**

**SCANNED**
**NOV 1 6 2021**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

| | A Number | Receipt Number |
|---|---|---|
| DALLAS TX FIELD OFFICE<br>U. S. CITIZENSHIP & IMMIGRATION SVC<br>6500 CAMPUS CIRCLE DRIVE EAST<br>IRVING TX 75063 |  |  |
| USCIS Contact Center: www.uscis.gov/contactcenter | | |

<span style="color:red">Plaintiff's Exhibit "J"</span>

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19