# Notice of Entry of Appearance as Attorney or Accredited Representative

### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number *(if any)*

▶ 0 6 5 8 6 1 4 8 4 8 1 8

### Name of Attorney or Accredited Representative

**2.a.** Family Name *(Last Name)*: Juarez

**2.b.** Given Name *(First Name)*: Yadira

**2.c.** Middle Name:

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name: 1910 PACIFIC AVE

**3.b.** ☐ Apt. ☐ Ste. ☒ Flr. – 8065

**3.c.** City or Town: DALLAS

**3.d.** State: TX     **3.e.** ZIP Code: 75201

**3.f.** Province:

**3.g.** Postal Code:

**3.h.** Country: United States

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number: (855) 566-2729

**5.** Mobile Telephone Number *(if any)*: (855) 566-2729

**6.** Email Address *(if any)*: yadira@jmblawfirm.com

**7.** Fax Number *(if any)*: (214) 960-4164

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**

Licensing Authority: NM

**1.b.** Bar Number *(if applicable)*: 154151

**1.c.** I (select **only one** box) ☒ *am not* ☐ *am* subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable): The Law Office of John M. Bray

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR 1292

**2.b.** Name of Recognized Organization:

**2.c.** Date accreditation expires *(mm/dd/yyyy)*:

**3.** ☐ I am associated with

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate:

Plaintiff's Exhibit "L"

## Part 3. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

    N-600

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

    ▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant   ☐ Petitioner   ☐ Requestor

☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name *(Last Name)*   Guerra Quezada

**6.b.** Given Name *(First Name)*   Jorge

**6.c.** Middle Name   Antonio

**7.a.** Name of Entity *(if applicable)*

    Not applicable

**7.b.** Title of Authorized Signatory for Entity (if applicable)

    Not applicable

**8.** Client's USCIS Online Account Number (*if any*)

**9.** Client's Alien Registration Number (A-Number) (if any)

    ▶ A- 0 9 8 1 0 2 0 9 7

## Client's Contact Information

**10.** Daytime Telephone Number

    (682) 716-0117

**11.** Mobile Telephone Number *(if any)*

    (682) 716-0117

**12.** Email Address *(if any)*

    j.a.guerra2015@gmail.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   1710 WYNN TER

**13.b.** Apt. ☐ Ste. ☐ Flr. ☐

**13.c.** City or Town   ARLINGTON

**13.d.** State   TX   **13.e.** ZIP Code   76010

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

    United States

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in Part 1. of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

Plaintiff's Exhibit "L"

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send any original notice on an application or petition to the U.S. business address of my attorney or accredited representative of record as listed in this form. I understand that I may change this election at any future date through written notice to USCIS.

**1.b.** ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If the original notice contains Form I-94, Arrival-Departure Record, USCIS will send the original notice and Form I-94 to the U.S. business address of your attorney or accredited representative of record as listed in this form. If you would rather have original notices containing Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☒ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

▶ Jorge Antonio Guerra Quezada

**2.b.** Date of Signature *(mm/dd/yyyy)*    12/03/2021

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

Yadira Juarez

**1.b.** Date of Signature *(mm/dd/yyyy)*    12/03/2021

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature *(mm/dd/yyyy)*

Plaintiff's Exhibit "L"



# Application for Certificate of Citizenship

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form N-600**

OMB No. 1615-0057
Expires 11/30/2021

| For USCIS Use Only | Date Stamp | Receipt | Action Block |
|---|---|---|---|
| | Remarks | | |

| **To be completed by an attorney or BIA-accredited representative** (if any) | ☐ **Select this box if Form G-28 is attached to represent the applicant** | **Attorney State Bar Number** (if applicable) | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|
| | | | |

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About Your Eligibility

**Enter your 9 Digit A-Number**

▶ **A-** 098102097

1. This application is being filed based on the fact that: (Select **only one** box)

    ☒ I am a BIOLOGICAL child of a U.S. citizen parent.    ☐ I am an ADOPTED child of a U.S. citizen parent.

    ☐ Other (Explain): [_____]

    **NOTE:** If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

## Part 2. Information About You

**NOTE:** Provide information about yourself if you are a person applying for the Certificate of Citizenship. **Provide information about your child** if you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child.

1. Your Current Legal Name (**do not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Guerra Quezada | Jorge | Antonio |

2. Your Name Exactly As It Appears on Your Permanent Resident Card (if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| GUERRA QUEZADA | JORGE A | |

3. Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Guerra | Jorge | |
| Guerra Quezada | Jorge | |

4. U.S. Social Security Number (if applicable)    5. USCIS Online Account Number (if any)

    ▶ 645381647     ▶ [_____]

6. Date of Birth (mm/dd/yyyy)

    02/15/1993

7. Country of Birth

    Mexico

8. Country of Prior Citizenship or Nationality

    Mexico

9. Gender    ☒ Male   ☐ Female

Plaintiff's Exhibit "L"

**Part 2. Information About You** (continued)    **A-** 098102097

**10.** Mailing Address

In Care Of Name (if any)

Jorge Guerra Vazquez

Street Number and Name                                                     Apt. Ste. Flr. Number

1710 WYNN TER                                          ☐  ☐  ☐

City or Town                                                         State          ZIP Code + 4

ARLINGTON                                                   TX            76010-8247

Province (foreign address only)        Postal Code (foreign address only)      Country (foreign address only)

                                                                        United States

**11.** Physical Address

Street Number and Name (Do **not** provide a PO Box in this space unless it is your **ONLY address.**) Apt. Ste. Flr. Number

                                                          ☐  ☐  ☐

City or Town                                                         State          ZIP Code + 4

Province (foreign address only)        Postal Code (foreign address only)      Country (foreign address only)

**12.** Current Marital Status

☒ Single, Never Married  ☐ Married   ☐ Divorced   ☐ Widowed   ☐ Separated  ☐ Marriage Annulled

☐ Other (Explain):

**13.** U.S. Armed Forces

Are you a member or veteran of any branch of the U.S. Armed Forces?    ☐ Yes    ☒ No

**14.** Information About Your Admission into the United States and Current Immigration Status

**A.** I arrived in the following manner

Port-of-Entry                                               Date of Entry (mm/dd/yyyy)

Harlingen TX                                          02/23/2005

Exact Name Used at Time of Entry

Family Name (Last Name)            Given Name (First Name)            Middle Name

GUERRA QUEZADA                   JORGE A

**B.** I used the following travel document to be admitted to the United States

☐ Passport              ☒ Travel Document

Passport Number          Travel Document Number

                        MSC0412410240

Country of Issuance for Passport or       Date Passport or Travel Document
Travel Document                          Issued(mm/dd/yyyy)

USA                                      02/23/2005

Plaintiff's Exhibit "L"

**Part 2. Information About You** (continued)    **A-** 098102097

C.  My most recent immigration status in the United States was:

☐ A Lawful Permanent Resident (LPR)    ☐ A Nonimmigrant    ☐ A Refugee/Asylee

☒ Other (Explain): Applicant is a citizen of the United States and has been since February 23, 2005 pursuant to the Child C

**NOTE:** If you select "Other" and you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

D.  I obtained LPR status through adjustment of status in the United States or admissions as a LPR (if applicable)

Date I became a LPR (mm/dd/yyyy)    U.S. Citizenship and Immigration Services (USICS) Office That Granted My LPR Status or Location Where I was Admitted

15. Have you previously applied for a Certificate of Citizenship or U.S. Passport?    ☐ Yes    ☒ No

If you answered "Yes" to **Item Number 15.,** provide an explanation below. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

16. Have you ever abandoned or lost your LPR status?    ☐ Yes    ☐ No

If you answered "Yes" to **Item Number 16.,** provide an explanation below. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

17. Were you adopted?    ☐ Yes    ☒ No

If you answered "Yes" to **Item Number 17.,** complete **Items A. -D.**

A.  Place of Final Adoption

City or Town    State    Country

B.  Date of Adoption (mm/dd/yyyy)    C.  Date Legal Custody Began (mm/dd/yyyy)    D.  Date Physical Custody Began (mm/dd/yyyy)

18. Did you have to be re-adopted in the United States    ☐ Yes    ☒ No

If you answered "Yes" to **Item Number 18.,** complete **Items A. -D.**

A.  Place of Final Adoption

City or Town    State    Country

B.  Date of Final Adoption (mm/dd/yyyy)    C.  Date Legal Custody Began (mm/dd/yyyy)    D.  Date Physical Custody Began (mm/dd/yyyy)

19. Were your parents married to each other when you were born (or adopted)    ☒ Yes    ☐ No

20. Did your parents marry after you were born?    ☐ Yes    ☒ No

21. Do you regularly reside in the United States in the legal and physical custody of your U.S. citizen parents?    ☒ Yes    ☐ No

Plaintiff's Exhibit "L"

**Part 2. Information About You** (continued)    **A-** 098102097

22. Have you been absent from the United States since you first arrived?    ☒ Yes    ☐ No

Complete the following information **only if you are claiming U.S. citizenship at the time of birth if you were born before October 10, 1952.** If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**

**A.** Date You Left the United States (mm/dd/yyyy)

**B.** Date You Returned to the United States (mm/dd/yyyy)

**C.** Place of Entry Upon Return to the United States

City or Town                                State

**D.** Date You Left the United States (mm/dd/yyyy)

**E.** Date You Returned to the United States (mm/dd/yyyy)

**F.** Place of Entry Upon Return to the United States

City or Town                                State

**Part 3. Biographic Information**

1. Ethnicity (Select **only one** box)
   ☒ Hispanic or Latino    ☐ Not Hispanic or Latino

2. Race (Select **all applicable** boxes)
   ☐ American Indian or Alaska Native    ☐ Asian    ☐ Native Hawaiian or Other Pacific Islander
   ☐ Black or African American    ☒ White

3. Height  Feet 6  Inches 1    4. Weight  Pounds 260

5. Eye color (Select **only one** box)
   ☐ Black    ☐ Blue    ☒ Brown    ☐ Gray    ☐ Green    ☐ Hazel    ☐ Maroon    ☐ Pink    ☐ Unknown/Other

6. Hair color (Select **only one** box)
   ☐ Bald (No hair)    ☒ Black    ☐ Blond    ☐ Brown    ☐ Gray    ☐ Red    ☐ Sandy    ☐ White    ☐ Unknown/Other

**Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father)**

**NOTE:** Complete this section if you are claiming citizenship through a U.S. biological father (of adoptive father). **Provide information about yourself** if you are a U.S. citizen father applying for a Certificate of Citizenship on behalf of your minor biological or adopted child.

1. Current Legal Name of U.S. Citizen Father

Family Name (Last Name)            Given Name (First Name)            Middle Name

Guerra Vazquez            Jorge

Plaintiff's Exhibit "L"

**Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father)** (continued)

**A-** 098102097

**2.** Date of Birth (mm/dd/yyyy)
09/13/1972

**3.** Country of Birth
Mexico

**4.** Country of Prior Citizenship or Nationality
United States

**5.** Physical Address

Street Number and Name (Type or print "Deceased" and the date of death if your father has passed away.)
1710 Wynn Terrace

☐ Apt. ☐ Ste. ☐ Flr.   Number

City or Town
Arlington

State
TX

ZIP Code + 4
76010

Province (foreign address only)

Postal Code (foreign address only)

Country (foreign address only)
United States

**6.** My father is a U.S. citizen by

☐ Birth in the United States   ☐ Acquisition after birth through naturalization of alien parent(s)

☒ Birth abroad to U.S. citizen parent(s)

Certificate of Citizenship Number
A3676513

Alien Registration Number (A-Number) (if any)
▶ **A-** 042326594

☐ Naturalization

Place of Naturalization (Name of Court or USCIS Office Location)

City or Town

State

Certificate of Naturalization Number

A-Number (if any)
▶ **A-**

Date of Naturalization (mm/dd/yyyy)

**7.** Has your father ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?   ☐ Yes   ☒ No

If you answered "Yes" to **Item Number 7.,** provide an explanation in **Part 11. Additional Information.**

**8.** **Marital History**

**A.** How many times has your U.S. citizen father been married (including annulled marriages and marriages to the same person)?
1

**B.** What is your U.S. citizen father's current marital status?

☐ Single, Never Married   ☐ Married   ☒ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

☐ Other (Explain):

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**

Electronic Form Only

Plaintiff's Exhibit "L"

**Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father)** (continued)

A- `098102097`

**9.** Information About U.S. Citizen Father's Current Spouse

**A.** Family Name (Last Name)    Given Name (First Name)    Middle Name

**B.** Date of Birth (mm/dd/yyyy)    **C.** Country of Birth

**D.** Country of Prior Citizenship or Nationality

**E.** Spouse's Physical Address

Street Number and Name    Apt. ☐ Ste. ☐ Flr. ☐ Number

City or Town    State    ZIP Code + 4

Province (foreign address only)    Postal Code (foreign address only)    Country (foreign address only)

**F.** Date of Marriage (mm/dd/yyyy)

**G.** Place of Marriage

City or Town    State    Country

**H.** Spouse's Immigration Status

☐ U.S.Citizen    ☐ Lawful Permanent Resident

☐ Other (Explain)

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

**I.** Is your U.S. citizen father's current spouse also your biological (or adopted) mother?    ☐ Yes    ☐ No

**Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother)**

**NOTE:** Complete this section if you are claiming citizenship through a U.S. citizen biological mother (or adoptive mother). **Provide information about yourself** if you are a U.S. citizen mother applying for a Certificate of Citizenship on behalf of your minor biological or adopted child.

**1.** Current Legal Name of U.S. Citizen Mother

Family Name (Last Name)    Given Name (First Name)    Middle Name

**2.** Date of Birth (mm/dd/yyyy)    **3.** Country of Birth    **4.** Country of Prior Citizenship or Nationality

Plaintiff's Exhibit "L"

**Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother)** (continued)

A- 098102097

5. Physical Address

Street Number and Name (Type or print "Deceased" and the date of death if your father has passed away.)    Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town                                                                                      State          ZIP Code + 4

Province (foreign address only)          Postal Code (foreign address only)          Country (foreign address only)

6. My mother is a U.S. citizen by

☐ Birth in the United States     ☐ Acquisition after birth through naturalization of alien parent(s)

☐ Birth abroad to U.S. citizen parent(s)

Certificate of Citizenship Number          Alien Registration Number (A-Number) (if any)

▶A-

☐ Naturalization

Place of Naturalization (Name of Court or USCIS Office Location)

City or Town                                          State

Certificate of Naturalization Number     A-Number (if any)          Date of Naturalization (mm/dd/yyyy)

▶A-

7. Has your mother ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?     ☐ Yes     ☐ No

If you answered "Yes" to **Item Number 7.,** provide an explanation in **Part 11. Additional Information.**

8. **Marital History**

A. How many times has your U.S. citizen mother been married (including annulled marriages and marriages to the same person)?

B. What is your U.S. citizen mother's current marital status?

☐ Single, Never Married  ☐ Married  ☐ Divorced  ☐ Widowed  ☐ Separated  ☐ Marriage Annulled

☐ Other (Explain):

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**

9. Information About U.S. Citizen Mother's Current Spouse

A. Family Name (Last Name)                Given Name (First Name)                Middle Name

B. Date of Birth (mm/dd/yyyy)     C. Country of Birth

Plaintiff's Exhibit "L"

**Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother)** (continued)

A- | 098102097

D. Country of Prior Citizenship or Nationality

E. Spouse's Physical Address

Street Number and Name                                                                      Apt. Ste. Flr.  Number

City or Town                                                                      State     ZIP Code + 4

Province (foreign address only)          Postal Code (foreign address only)          Country (foreign address only)

F. Date of Marriage (mm/dd/yyyy)

G. Place of Marriage

City or Town                                          State          Country

H. Spouse's Immigration Status

☐ U.S.Citizen          ☐ Lawful Permanent Resident

☐ Other (Explain)

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

I. Is your U.S. citizen mother's current spouse also your biological (or adopted) father?     ☐ Yes     ☐ No

**Part 6. Physical Presence in the United States From Birth Until Filing of Form N-600**

**NOTE:** Only applicants born outside the United States claiming to have been born U.S. citizens are required to provide all the dates when your U.S. citizen biological father or U.S. citizen biological mother resided in the United States. **Include all dates from your birth until the date you file your Form N-600.**

1. Indicate whether this information relates to your U.S. citizen father or mother
   ☒ U.S.Citizen Father     ☐ U.S.Citizen Mother

2. Physical Presence in the United States

| | A. From (mm/dd/yyyy) | To (mm/dd/yyyy) | B. | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|---|---|---|
| | 02/15/1993 | 12/03/2021 | | | |
| C. | From (mm/dd/yyyy) | To (mm/dd/yyyy) | D. | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
| E. | From (mm/dd/yyyy) | To (mm/dd/yyyy) | F. | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
| G. | From (mm/dd/yyyy) | To (mm/dd/yyyy) | H. | From (mm/dd/yyyy) | To (mm/dd/yyyy) |

Plaintiff's Exhibit "L"

## Part 7. Information About Military Service of U.S. Citizen Parents

A- `098102097`

**NOTE:** Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad.

1. Has your U.S. citizen parent served in the U.S. Armed Forces?  ☐ Yes  ☒ No

2. If you answered "Yes" to **Item Number 1.,** which parent served in the U.S. Armed Forces?
   ☐ U.S.Citizen Father  ☐ U.S.Citizen Mother

3. Dates of Service (mm/dd/yyyy) (If time of service fulfills any of the required physical presence, submit evidence of the service.)
   **A.** From (mm/dd/yyyy)    To (mm/dd/yyyy)    **B.** From (mm/dd/yyyy)    To (mm/dd/yyyy)

4. Type of Discharge
   ☐ Honorable  ☐ Other than Honorable  ☐ Dishonorable

## Part 8. Applicant's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form N-600 Instructions before completing this part.

### Applicant's Statement

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

1. Applicant's Statement Regarding the Interpreter
   **A.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.
   **B.** ☐ The interpreter named in **Part 9.** read to me every question and instruction on this application and my answer to every question in ⬚ , a language in which I am fluent and I understood everything.

2. Applicant's Statement Regarding the Preparer
   ☐ At my request, the preparer named in **Part 10.,** `Yadira Juarez` prepared this application for my based only upon information I provided or authorized.

### Applicant's Contact Information

3. Applicant's Daytime Telephone Number
   `00016827160117`

4. Applicant's Mobile Telephone Number (if any)
   `00016827160117`

5. Applicant's Email Address (if any)
   `j.a.guerra2015@gmail.com`

### Applicant's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this application, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

Plaintiff's Exhibit "L"

## Part 8. Applicant's Statement, Contact Information, Certification, and Signature (continued)

A- 098102097

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign and oath reaffirming that:

      1) I reviewed and provided or authorized all of the information in my application;

      2) I understood all of the information contained in, and submitted with, my application; and

      3) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct.

### Applicant's Signature

**6.** Applicant's Signature

▶ Jorge Antonio Guerra Quezada

Date of Signature (mm/dd/yyyy)

12/03/2021

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.** Interpreter's Family Name (Last Name)

Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

Street Number and Name

Apt. Ste. Flr. Number

City or Town

State

ZIP Code + 4

Province (foreign address only)

Postal Code (foreign address only)

Country (foreign address only)

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

Plaintiff's Exhibit "L"

| **Part 9. Interpreter's Contact Information, Certification, and Signature** (continued) | **A-** | 098102097 |
|---|---|---|

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language specified in **Part 8., Item B.** in **Item Number 1.,** and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on this application, including the **Applicant's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.** Interpreter's Signature

Date of Signature (mm/dd/yyyy)

---

**Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant**

Provide the following information about the preparer.

### Preparer's Full Name

**1.** Preparer's Family Name (Last Name)

Juarez

Preparer's Given Name (First Name)

Yadira

**2.** Preparer's Business or Organization Name (if any)

The Law Office of John M. Bray

### Preparer's Mailing Address

Street Number and Name

1910 Pacific Ave

Apt. ☐  Ste. ☒  Flr. ☐   Number

8065

City or Town

Dallas

State

TX

ZIP Code + 4

75201

Province (foreign address only)

Postal Code (foreign address only)

Country (foreign address only)

United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

8555662729

**5.** Preparer's Mobile Telephone Number (if any)

8555662729

**6.** Preparer's Email Address (if any)

yadira@jmblawfirm.com

Plaintiff's Exhibit "L"

| **Part 10. Contact Information. Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant** | **A-** | 098102097 |
|---|---|---|

### Preparer's Statement

**7.  A.**  ☐  I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**B.**  ☒  I am an attorney or accredited representative and my representation of the applicant in this case ☐ extends ☒ does not extend beyond the preparation of this application.

**NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative with this application

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Certification**, and all that this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.**  Signature of Preparer                                         Date of Signature (mm/dd/yyyy)

| Yadira Juarez | 12/03/2021 |
|---|---|

Electronic Form Only

Plaintiff's Exhibit "L"

| Part 11. Additional Information | A- | 098102097 |
|---|---|---|

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.** Family Name (Last Name)        Given Name (First Name)        Middle Name

Guerra Quezada        Jorge        Antonio

**2.** A-Number (if any)        ▶A-

**3.**

| Part Number | Item Number | Page Number | Explanation |
|---|---|---|---|
| | | | |

Electronic

Form

Only

Plaintiff's Exhibit "L"

**NOTE: Do not complete parts 12. and 13. unless the USCIS officer instructs you to do so at the interview.**

**Part 12. Affidavit (**do **NOT** complete this part unless instructed to do so **AT THE INTERVIEW)**

A- 098102097

I, the (applicant, parent, or legal guardian) _____ do swear or affirm, under penalty of perjury under the laws of the United States, that I know and understand the contents of this application signed by me, and the attached supplementary pages number _____ to _____ inclusive, that the same are true and correct to the best of my knowledge, and that corrections number _____ to _____ were made by me or at my request.

Applicant's, Parent's, or Legal Guardian's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

Subscribed and sworn or affirmed before me upon examination of the applicant (parent, legal guardian) on

at _____

(Location)

Date (mm/dd/yyyy)

USCIS Officer's Printed Name

USCIS Officer's Title

USCIS Officer's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

**Part 13. Officer Report and Recommendation on Application for Certificate of Citizenship (**for USCIS use **ONLY)**

On the basis of the documents, records, the testimony of persons examined, and the identification upon personal appearance of the underage beneficiary, I find that all the facts and conclusions set forth under oath in this application are:

1. ☐ True and correct.

2. ☐ The applicant derived or acquired U.S. citizenship on _____

Date (mm/dd/yyyy)

3. ☐ The applicant derived or acquired U.S. citizenship through (Select the box next to the appropriate section of law, or if the section of law is not reflected, type or print the applicable section of law in the space next to "Other.")

**A.** ☐ INA Section 301

**B.** ☐ INA Section 309

**C.** ☐ INA Section 320

**D.** ☐ INA Section 321

**E.** ☐ Other _____

4. ☐ The applicant has not been expatriated since that time

Plaintiff's Exhibit "L"

**Part 13. Officer Report and Recommendation on Application for Certificate of Citizenship** (for USCIS use **ONLY**) (continued)

A- 098102097

**I recommend that this Form N-600 be:** ☐ Approved     ☐ Denied

Issue Certificate of Citizenship in the Name of

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
|  |  |  |

| USCIS Officer's Printed Name | USCIS Officer's Title |
|---|---|
|  |  |

| USCIS Officer's Signature (Sign in ink) | Date of Signature (mm/dd/yyyy) |
|---|---|
|  |  |

☐ I do     ☐ do not concur with the USCIS Officer's recommendation of Form N-600.

| USCIS District Director's or Field Office Director's Signature (Sign in ink) | Date of Signature (mm/dd/yyyy) |
|---|---|
|  |  |

# Electronic

# Form

# Only

Plaintiff's Exhibit "L"

**Evidence Submitted**

| File Name | Document Category |
|---|---|
| Preparer Contact Information Certification and Signature for Jorge Antonio Guerra Quezada.pdf | Other |
| Passport-style photo - Jorge Antonio Guerra Quezada A098-102-097.jpg | Applicant Photo |
| Birth certificate of Jorge Antonio Guerra Quezada A098-102-097.pdf | Identity/Travel Documents |
| LPR Card - Jorge Antonio Guerra Quezada A098-102-097.pdf | Identity/Travel Documents |
| Proof of Physical and Legal Custody - Jorge Antonio Guerra Quezada A098-102-097.pdf | Other |
| Certificate of Citizenship for Jorge Guerra Vazquez.pdf | Other |
| Birth certificate of Jorge Guerra Vazquez.pdf | Other |

# Electronic Form Only

Plaintiff's Exhibit "L"



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

---

| | | THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. | |

| Receipt Number<br>IOE9115299995 | USCIS Online Account Number<br>065861484818 | Case Type<br>N600 - APPLICATION FOR A CERTIFICATE OF CITIZENSHIP |
| Received Date<br>12/03/2021 | Priority Date<br>12/03/2021 | Applicant  A098 102 097<br>JORGE  ANTONIO  GUERRA QUEZADA |
| Notice Date<br>12/03/2021 | Page<br>1 of 1 | |

GUERRA QUEZADA, JORGE ANTONIO
c/o Supreme Court of New Mexico
Supreme Court of New Mexico
1910 PACIFIC AVENUE SUITE 8065
DALLAS  TX  75201

**Notice Type:** Receipt Notice
**Received Amount:** $ 1170.00 U.S. Paid

---

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.

If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

You will be notified separately about any other application, petition, or request you may have filed with us.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

SCANNED

DEC 1 3 2021

---

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park  KS  66225

USCIS Contact Center: www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  |  Form I-797C  04/01/19

Plaintiff's Exhibit "L"



| Receipt Number<br>IOE9115299995 | USCIS Online Account Number<br>004405850479 | Case Type<br>N600 - APPLICATION FOR A CERTIFICATE OF CITIZENSHIP |
|---|---|---|
| Received Date<br>12/03/2021 | Priority Date | Applicant A098 102 097<br>GUERRA QUEZADA, JORGE ANTONIO |
| Notice Date<br>07/17/2023 | Page<br>1 of 1 | |

| | |
|---|---|
| JORGE ANTONIO GUERRA QUEZADA<br>c/o JORGE GUERRA VAZQUEZ<br>1710 WYNN TER<br>ARLINGTON TX 76010 | **Please come to:**<br><br>6500 Campus Circle Drive East<br>Irving, TX 75063<br><br>**On (Date):** Wednesday, August 30, 2023<br>**At (Time):** 09:00AM |

Your application for Certificate of Citizenship has been completed. Please come to the location listed above to receive your Certificate of Citizenship. The appointment will begin at the time indicated above. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

If you are age 14 or older you are also required to take an Oath of Allegiance to the United States prior to the issuance of a Certificate of Citizenship. Applicants 14 or older will complete an ADMINISTRATION OF OATH at the time and place listed above.

You must surrender your alien registration card (and any United States travel documents) at this appointment. Bring this notice, your alien registration card (and travel documents), and if your alien registration card was issued more than ten years ago, recent legal photo identification (i.e. a driver's license or passport) to the appointment. Please be advised, proper identification is also required to enter the building.

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

| | | |
|---|---|---|
| DALLAS TX FIELD OFFICE<br>U.S. CITIZENSHIP & IMMIGRATION SVC<br>6500 CAMPUS CIRCLE DRIVE EAST<br>IRVING TX 75063 | A Number<br> | Receipt Number<br> |

**USCIS Contact Center: www.uscis.gov/contactcenter**

Plaintiff's Exhibit "L"