# THE UNITED STATES OF AMERICA

No. A3846903

## CERTIFICATE OF CITIZENSHIP

*USCIS Registration No.* A098 102 097

*Personal description of holder as of date of issuance of this certificate:* Sex **MALE** ; *Date of birth* **FEBRUARY 15, 1993** ; *Height* **6** feet **01** inches; *Marital status* **SINGLE** ; *Country of birth* **MEXICO**

*I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me*

*Jorge Guerra Quezada*
(Complete and true signature of holder)



*Be it known that:* **JORGE ANTONIO GUERRA QUEZADA**

*now residing at* **ARLINGTON, TEXAS**
*having applied to the Director, of U.S. Citizenship and Immigration Services, for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on* **FEBRUARY 23, 2005** *and is now in the United States.*

**Now Therefore,** *in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this* **30** *day of* **AUGUST** , **2023** *and the seal of the Department of Homeland Security affixed pursuant to statute.*

*M. M. Jaddo*
U. S. Citizenship and Immigration Services

ALTERATION OR MISUSE OF THIS DOCUMENT IS
A FEDERAL OFFENSE AND PUNISHABLE BY LAW

Plaintiff's Exhibit "M"

## DEPARTMENT OF HOMELAND SECURITY

FORM N-560 (REV. 10/17)