## INDEX OF EXHIBITS

EXHIBIT A:  Plaintiff's Birth Certificate

EXHIBIT B:  Marriage Certificate of Plaintiff's Parents

EXHIBIT C:  Notice to Appear

EXHIBIT D:  Permanent Resident Card

EXHIBIT E:  Proof of U.S. Citizenship for Plaintiff's Family

EXHIBIT F:  Motion to Terminate or Dismiss Proceedings

EXHIBIT G:  Order of Removal

EXHIBIT H:  Correspondence addressed to CBP

EXHIBIT I:  Receipt Notice for N-600 of Plaintiff's Father

EXHIBIT J:  Notice of Approval of N-600 of Plaintiff's Father

EXHIBIT K:  Notice Seeking to Rescind N-600 Approval of Plaintiff's Father

EXHIBIT L:  Plaintiff's N-600 e-filing and Receipt Notices

EXHIBIT M:  Plaintiff's Certificate of Citizenship

EXHIBIT N:  ICE Memo on Investigating Potential U.S. Citizenship of Encountered Individuals

EXHIBIT O:  Plaintiff's Original SF-95 Claims Form, submitted on May 31, 2023

EXHIBIT P:   Plaintiff's Amendment to the SF-95 Claims Form